Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

NABIH "NICK" KANAAN

Plaintiff(s),

v.

NIZAR YAQUB, an individual;
THE INN AT DEL MONTE BEACH, LLC,
a California Limited Liability Company,

Defendant(s).

Case No: 5:21-cv-09591

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jennifer Lynn Gordon, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Illinois in the above-entitled action. My local co-counsel in this case is Amjad Mahmood Khan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>180 N. LaSalle Street, Suite 3700<br>Chicago, IL  60601 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>11601 Wilshire Boulevard, Suite 2080<br>Los Angeles, California 90025 |
| MY TELEPHONE # OF RECORD: (312) 564-5757 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (310) 593-9896 |
| MY EMAIL ADDRESS OF RECORD:<br>jgordon@loriumlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>amjad.khan@bnsklaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6298582.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/10/21

Jennifer Lynn Gordon
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jennifer Lynn Gordon is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/21/2021

UNITED STATES DISTRICT MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins