Amjad M. Khan (SBN 237325)
amjad.khan@bnsklaw.com
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile:  (310) 593-9980

Jennifer L. Gordon *(pro hac vice admission)*
jgordon@loriumlaw.com
**LORIUM LAW**
180 N. LaSalle Street, Suite 3700
Chicago, Illinois   60601
Telephone: (312) 564-5757
Facsimile: (312) 564-5758

*Counsel for Plaintiff*
*Nabih "Nick" Kanaan*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIH "NICK" KANAAN,<br><br>Plaintiff,<br><br>v.<br><br>NIZAR YAQUB, an individual, and THE INN AT DEL MONTE BEACH, LLC, a California Limited Liability Company,<br><br>Defendant(s). | Case No. 5:21-cv-09591-NC<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Amjad M. Khan (SBN 237325)<br>BROWN, NERI, SMITH AND KHAN LLP<br>11601 Wilshire Blvd Suite 2080<br>Los Angeles, CA 90025<br>   *Telephone No:*  310-593-9890<br><br>   *Attorney For:*  Plaintiff: Nabih "Nick" Kanaan          *Ref. No. or File No.:* Kanaan v. Yaqub | **For Court Use Only** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>In the United States District Court For the Northern Central District of California | |
| *Plaintiff:*  NABIH "NICK" KANAAN<br>*Defendant:*  NIZAR YAQUB, an individual; ET AL | |
| **PROOF OF SERVICE**   Hearing Date:   Time:   Dept/Div:   Case Number: 5:21-cv-09591-NC | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Application For Admission Of Attorney Pro Hac Vice; Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served:     THE INN AT DEL MONTE BEACH, LLC, a California Limited Liability Company
   b. Person served:   Nizar Yaqub - Registered Agent, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   1110 Del Monte Ave., Monterey, CA 93940

5. I served the party:
   a. **by substituted service.**   On: Wed, Dec 22 2021 at: 12:46 PM by leaving the copies with or in the presence of:
      Nizar Yaqub - Person in Charge.

   (1) [ ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]  **(Declaration of Mailing)** is attached.
   (4) [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney: <br> Amjad M. Khan (SBN 237325) <br> BROWN, NERI, SMITH AND KHAN LLP <br> 11601 Wilshire Blvd Suite 2080 <br> Los Angeles, CA 90025 <br>    *Telephone No:* 310-593-9890 <br><br>    *Attorney For:* Plaintiff: Nabih "Nick" Kanaan | *Ref. No. or File No.:* <br> Kanaan v. Yaqub | *For Court Use Only* |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
In the United States District Court For the Northern Central District of California

*Plaintiff:* NABIH "NICK" KANAAN
*Defendant:* NIZAR YAQUB, an individual; ET AL

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:21-cv-09591-NC |
|---|---|---|---|---|

6. **Person Who Served Papers:**
   a. Jordan Massolo (Monterey PSO227)
   **b. FIRST LEGAL**
     1517 W. Beverly Blvd.
     LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was: $ 290.60
   e. I am: A Registered California Process Server

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

12/23/2021
(Date)                                                       (Signature)



PROOF OF SERVICE

6488126
(4849400)
Page 2 of 2

| Attorney or Party without Attorney:<br>Amjad M. Khan (SBN 237325)<br>BROWN, NERI, SMITH AND KHAN LLP<br>11601 Wilshire Blvd Suite 2080<br>Los Angeles, CA 90025<br>   Telephone No:  310-593-9890<br><br>   Attorney For:  Plaintiff: Nabih "Nick" Kanaan | Ref. No. or File No.:<br>Kanaan v. Yaqub | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>In the United States District Court For the Northern Central District of California | | |
| Plaintiff:   NABIH "NICK" KANAAN<br>Defendant:  NIZAR YAQUB, an individual; ET AL | | |
| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:21-cv-09591-NC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Application For Admission Of Attorney Pro Hac Vice; Order Setting Initial Case Management Conference and ADR Deadlines

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Thur, Dec 23, 2021
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: THE INN AT DEL MONTE BEACH, LLC, a California Limited Liability Company
        1110 Del Monte Ave, Hotel 1110 Monterey, CA 93940

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thur, Dec 23, 2021 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:
   e. I am: Not a Registered California Process Server

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12/23/2021
(Date)                                                                 (Signature)

Judicial Council Form                          PROOF OF SERVICE                                6488126
Rule 2.150.(a)&(b) Rev January 1, 2007         BY MAIL                                         (4849400)