Amjad M. Khan (SBN 237325)
amjad.khan@bnsklaw.com
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile:  (310) 593-9980

Jennifer L. Gordon *(pro hac vice admission)*
jgordon@loriumlaw.com
**LORIUM LAW**
180 N. LaSalle Street, Suite 3700
Chicago, Illinois   60601
Telephone: (312) 564-5757
Facsimile: (312) 564-5758

*Counsel for Plaintiff*
*Nabih "Nick" Kanaan*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NABIH "NICK" KANAAN,<br><br>          Plaintiff,<br><br>     v.<br><br>NIZAR YAQUB, an individual, and THE INN AT DEL MONTE BEACH, LLC, a California Limited Liability Company,<br><br>          Defendant(s). | Case No. 5:21-cv-09591-NC<br><br>**PROOF OF SERVICE** |

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Amjad M. Khan (SBN 237325)<br>BROWN, NERI, SMITH AND KHAN LLP<br>11601 Wilshire Blvd Suite 2080<br>Los Angeles, CA 90025<br>   *Telephone No:* 310-593-9890<br><br>   *Attorney For:* Plaintiff: Nabih "Nick" Kanaan | | *Ref. No. or File No.:*<br>Kanaan v. Yaqub | | **For Court Use Only** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>In the United States District Court For the Northern Central District of California | | | | |
| *Plaintiff:* NABIH "NICK" KANAAN<br>*Defendant:* NIZAR YAQUB, an individual; ET AL | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:21-cv-09591-NC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Application For Admission Of Attorney Pro Hac Vice; Order Setting Initial Case Management Conference and ADR Deadlines

3. a.  Party served:     NIZAR YAQUB, an individual
   b.  Person served:    Same as party in item 3a, served under F.R.C.P. Rule 4.

4. Address where the party was served:   1110 Del Monte Ave., Monterey, CA 93940

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Dec 23 2021 (2) at: 02:45 PM

6. **Person Who Served Papers:**
   a. Mileena Mossey (Monterey PS0241)
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. **The Fee** for Service was: $ 290.60

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12/23/2021
(Date)

(Signature)



PROOF OF SERVICE

6494824
(4851049)