UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nabih Kanaan<br><br>Plaintiff(s)<br><br>v.<br><br>Nizar Yaqub, et al.<br><br>Defendant(s) | CASE No C  5:21-cv-09591-BLF<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

■ **Private ADR** (*specify process and provider*)
   Mediation via Judicial Arbitration and Mediation Services with agreed mediator

The parties agree to hold the ADR session by:

■ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: June 6, 2022                /s/ Jennifer L. Gordon, Esq.
                                  Attorney for Plaintiff
Date: June 6, 2022                /s/ William J. Murray, Esq.
                                  Attorney for Defendant

---

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:


DATE: _____
                                  _____
                                  U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019