UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nabih Kanaan<br><br>Plaintiff(s)<br>v.<br>Nizar Yaqub, et al.<br><br>Defendant(s) | CASE No C  5:21-cv-09591-BLF<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  Mediation via Judicial Arbitration and Mediation Services with agreed mediator

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☐ other requested deadline:

Date: June 6, 2022          /s/ Jennifer L. Gordon, Esq.
                            Attorney for Plaintiff
Date: June 6, 2022          /s/ William J. Murray, Esq.
                            Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: June 7, 2022

_Beth Labson Freeman_
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019