Jennifer L. Gordon
    jgordon@loriumlaw.com
**LORIUM LAW**
180 N. LaSalle Street, Suite 3700
Chicago, Illinois 60601
Telephone: (312)564-5757
Facsimile: (312)564-5758

*Counsel for Plaintiff*

WILLIAM J. MURRAY – BAR #087936
BELZER & MURRAY, LLP
1600 S. Main Street, Suite 260
Walnut Creek, CA 94596
Telephone:  925/284-9000/925/926-9000
E-Mail: Murray@wjmattorneys.com

Attorneys for Defendants
NIZAR YAQUB and THE INN AT
DEL MONTE BEACH, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nabih Kanaan, | Case Number: C 5:21-cv-009591 LBF |
| Plaintiff(s), | **STIPULATION AND [ PROPOSED] ORDER REGARDING SCHEDULING ADDITIONAL DATES** |
| vs. | |
| Nizar Yaqub, The Inn at Del Monte Beach, LLC, | |
| Defendant(s). | |

Pursuant to the Court's Case Management Order, counsel for Plaintiff and Defendants have met and conferred and agreed on dates not set by the Court at the Case Management Conference and respectfully submit this Stipulation and Proposed Order setting those dates.

Plaintiff and Defendants through their counsel of record herein Stipulate as follows:

1. Initial Disclosures will occur no later than June 24, 2022.
2. Designation of experts will be no later than October 31, 2023
3. Discovery cut-off will be January 15, 2024.

IT IS SO STIPULATED

Dated: June 10, 2022          /s/ Jennifer L. Gordon
                              Counsel for plaintiff

Dated: June 10, 2022          /s/William J. Murray
                              Counsel for Defendants

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING ADDITIONAL DATES

Based on the Stipulation of the parties, above, and GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

1. Initial Disclosures will occur no later than June 24, 2022.
2. Designation of experts will be no later than October 31, 2023
3. Discovery cut-off will be January 15, 2024.

Dated: June 10, 2022

_____
UNITED STATES DISTRICT JUDGE