United States District Court
Northern District of California

1
2
3 **UNITED STATES DISTRICT COURT**
4 **NORTHERN DISTRICT OF CALIFORNIA**
5 **SAN JOSE DIVISION**
6

| NABIH KANAAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NIZAR YAQUB, et al.,<br><br>　　　　Defendants. | Case No.  21-cv-09591-BLF<br><br>**ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT; AND VACATING HEARING**<br><br>[Re:  ECF No. 20] |
|---|---|

Defendants' motion to dismiss the first amended complaint and/or strike portions of the first amended complaint is hereby SUBMITTED without oral argument, and the July 14, 2022 hearing is VACATED.  *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated:  June 30, 2022

_____
BETH LABSON FREEMAN
United States District Judge