Amjad M. Khan (SBN 237325)
 *amjad.khan@bnsklaw.com*
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile:  (310) 593-9980

Jennifer L. Gordon (*pro hac vice*)
 *jgordon@loriumlaw.com*
**LORIUM LAW**
180 N. LaSalle Street, Suite 3700
Chicago, Illinois   60601
Telephone: (312) 564-5757
Facsimile: (312) 564-5758

*Counsel for Plaintiff*
*Nabih "Nick" Kanaan*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIH "NICK" KANAAN,<br><br>               Plaintiff,<br><br>     v.<br><br>NIZAR YAQUB, an individual, and THE INN AT DEL MONTE BEACH, LLC, a California Limited Liability Company,<br><br>               Defendant(s). | Case No. 5:21-cv-09591<br><br>**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date:   January 3, 2023<br>Time:                9:00 A.M.<br>Courtroom:       3 |

**OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

On August 31, 2022, Defendant Nizar Yaqub and then-Defendant The Inn at Del Monte Beach, LLC filed a Motion to Dismiss Complaint Based on Lack of Subject Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1) and § 28 U.S.C. 1332(d). The then-Defendants' motion was based on lack of diversity jurisdiction since a limited liability company is a citizen of every state in which its members are citizens.

On September 14, 2022, Plaintiff filed a Notice of Voluntary Dismissal of Defendant The Inn at Del Monte Beach, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *See* ECF Dkt. No. 42. Plaintiff was permitted to file without leave of court as none of the defendants had yet filed an answer or summary judgment as of the time of filing. Accordingly, as Plaintiff will only be proceeding against individual Defendant Nizar Yaqub, a resident and citizen of the State of California, and Plaintiff is a resident and citizen of the State of Illinois, there is complete diversity between Plaintiff and Defendant in this action. The amount in controversy also satisfies the Court's diversity jurisdiction requirements. Accordingly, Defendant's Motion to Dismiss Complaint pending before this Court is rendered moot, and can be dismissed as such.

WHEREFORE, Plaintiff respectfully requests that this Court deny Defendant's Motion to Dismiss as moot, and award any other relief that this Court may deem just and proper.

Dated: September 14, 2022

Respectfully submitted,
/s/ Amjad M. Khan
Amjad M. Khan
 amjad.khan@bnsklaw.com
**BROWN NERI SMITH KHAN, LLP**
11601 Wilshire Blvd #2080

PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO DISMISS
CASE NO. 5:21-cv-09591

Los Angeles, CA 90025
Telephone: 310 593 9899

/s/ Jennifer L. Gordon
Jennifer L. Gordon (*pro hac vice*)
 *jgordon@loriumlaw.com*
**LORIUM LAW**
180 N. LaSalle Street, Suite 3700
Chicago, Illinois 60601
Telephone: (312) 564-5757

*Counsel for Plaintiff*
*Nabih "Nick" Kanaan*

PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO DISMISS
CASE NO. 5:21-cv-09591