1  Jennifer L. Gordon
     *jgordon@loriumlaw.com*
2  **LORIUM LAW**
   180 N. LaSalle Street, Suite 3700
3  Chicago, Illinois 60601
   Telephone: (312)564-5757
4  Facsimile: (312)564-5758

5  *Counsel for Plaintiff*

6

7  WILLIAM J. MURRAY – BAR #087936
   BELZER & MURRAY, LLP
8  1600 S. Main Street, Suite 260
   Walnut Creek, CA 94596
9  Telephone:  925/284-9000/925/926-9000
   E-Mail: Murray@wjmattorneys.com

10

11 Attorneys for Defendants
   NIZAR YAQUB and THE INN AT
12 DEL MONTE BEACH, LLC

13

14

15                          UNITED STATES DISTRICT COURT

16                          NORTHERN DISTRICT OF CALIFORNIA

17
   Nabih Kanaan,                           )  Case Number: C 5:21-cv-009591 LBF
18                                          )
                                            )  **STIPULATION AND [ PROPOSED]**
19        Plaintiff(s),                     )  **ORDER REGARDING BRIEFING**
                                            )  **SCHEDULE ON MOTION FOR**
20                                          )  **SANCTIONS PURSUANT TO LOCAL**
21        vs.                               )  **RULE 6-2**
                                            )
22 Nizar Yaqub, The Inn at Del Monte Beach, )
   LLC,                                     )
23                                          )
                                            )
24        Defendant(s).                     )
                                            )
25

26

27

28
                                    Page **1** of **3**

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR SANCTIONS**

Plaintiff and Defendant Nizar Yaqub through their counsel of record herein Stipulate as follows:

1. Plaintiff filed a Motion for Sanctions on January 23, 2023.
2. On February 6, 2023 counsel for Defendant William J. Murray first learned of the filing of this Motion, as the electronic notification was in his spam or junk email folder.
3. Plaintiff and Defendant agree to jointly request that the deadlines for the Opposition to the Motion and the Reply be modified so that the dates would run from the date of discovery of the Motion by counsel for Yaqub, February 6, 2023.
4. This change would have no impact on the schedule of the case as the Motion is not set for hearing until May 18, 2023.
5. Pursuant to this agreement, with the Court's permission, the Opposition would be due to be filed and served no later than February 20, 2023 and any Reply would be due to be served and filed no later than February 27, 2023.

IT IS SO STIPULATED

Dated: February 6, 2023          /s/ Jennifer L. Gordon
                                 Counsel for plaintiff


Dated: February 6, 2023          /s/ William J. Murray
                                 Counsel for Defendant

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR SANCTIONS**

Based on the Stipulation of the parties, above, and GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

1. The Opposition to the Motion for Sanctions must be filed and served no later than February 20, 2023.
2. The Reply to the Opposition to the Motion for Sanctions must be filed and served no later than February 27, 2023.

Dated: February 10, 2023

_____
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR SANCTIONS**