Amjad M. Khan (SBN 237325)
 *amjad.khan@bnsklaw.com*
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile:  (310) 593-9980

Jennifer L. Gordon (*pro hac vice*)
 *jgordon@loriumlaw.com*
**LORIUM LAW**
180 N. LaSalle Street, Suite 3700
Chicago, Illinois   60601
Telephone: (312) 564-5757
Facsimile: (312) 564-5758

*Counsel for Plaintiff*
*Nabih "Nick" Kanaan*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIH "NICK" KANAAN,<br><br>Plaintiff,<br><br>v.<br><br>NIZAR YAQUB, an individual,<br><br>Defendant(s). | Case No. 5:21-cv-09591<br><br>**MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT TO FRCP 12(f)** |

This Motion by Plaintiff to strike Defendant's affirmative defenses pursuant to Federal Rule of Civil Procedure 12(f) came on regularly for hearing before this Court on October 19, 2023.

The Court having read and considered the written arguments and authorities and oral argument in support of and in opposition to this Motion, and good cause appearing orders as follows:

1.  The Motion to strike Defendant's affirmative defenses is granted.

IT IS SO ORDERED:


Dated: _____          _____

                                        Hon. Casey Pitts

[PROPOSED] ORDER GRANTING MOTION TO STRIKE AFFIRMATIVE DEFENSES
CASE NO. 5:21-cv-09591