UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIH "NICK" KANAAN, <br> Plaintiff, <br> v. <br> NIZAR YAGUB, et al., <br> Defendant. | Case No. 5:21-cv-09591-PCP <br><br> **MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER** |

On behalf of (party name) NABIH "NICK" KANAAN, the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Steven A. Heath; Heath Steinbeck, LLP

Name(s) of counsel withdrawing from representation and firm name:

Amjad Khan; Brown, Neri, Smith & Khan, LLP

Date: February 28, 2025

**[~~PROPOSED~~] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: March 27, 2025

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE