Shaun M. Murphy (SBN 194965)
Charles L. Gallagher (SBN 167093)
SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
74774 CA-111
Indian Wells, CA 92210
Telephone: (760) 322-2275
Email: murphy@sbemp.com

Attorneys for Defendant Nizar Yaqub

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIH "NICK" KANAAN,<br><br>Plaintiff,<br><br>v.<br><br>NIZAR YAQUB, an individual,<br><br>Defendant. | **CASE NO.: 5:21-cv-09591-PCP**<br><br>Judge: Hon. Casey Pitts<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:          May 29, 2025<br>Time:         10:00 a.m.<br>Dept.:         Courtroom 8<br><br>Action Filed:   December 10, 2021<br>TSC:              June 24, 2025<br>Trial Date:     Not Set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendant Nizar Yaqub ("*Defendant*") respectfully requests, pursuant to Federal Rule of Evidence 201, that the Court take judicial notice of the following documents and facts in support of Defendant's Motion for Partial Summary Judgment.

| Exh. No. | **Document Description** |
|---|---|
| 1. | Plaintiff Nabih "Nick" Kanaan's First Amended Complaint filed on February 16, 2022, a true and correct copy of which is attached to hereto as **Exhibit 1**. (Dkt. 18.) (See Murphy Decl., ¶ 1, and Ex 1.) |
| 2. | Order Denying Motion to Dismiss First Amended Complaint or, in the Alternative, to Strike Portions of First Amended Complaint, dated August 15, 2022, a true and correct copy of which is attached hereto as **Exhibit 2**. (Dkt. 40.) (See Murphy Decl., ¶ 2, and Ex 2.) |
| 3. | Plaintiff's Notice of Voluntary Dismissal of Defendant The Inn at Del Monte Beach, LLC, without Prejudice, filed on September 19, 2022, a true and correct copy of which is attached hereto as **Exhibit 3**. (Dkt. 42.) (See Murphy Decl., ¶ 3, and Ex 3.) |
| 4. | Order Denying Motion to Dismiss First Amended Complaint and Vacating January 5, 2023 Hearing, dated October 27, 2022, a true and correct copy of which is attached hereto as **Exhibit 4**. (Dkt. 44.) (See Murphy Decl., ¶ 4, and Ex 4.) |
| 5. | Order Denying Motion to Dismiss First Amended Complaint for Failure to Join an Indispensable Party, dated May 17, 2023, a true and correct copy of which is attached hereto as **Exhibit 5**. (Dkt. 54.) (See Murphy Decl., ¶ 5, Ex 5.) |
| 6. | Defendant's Answer to First Amended Complaint filed on May 31, 2023, a true and correct copy of which is attached hereto as **Exhibit 6.** (Dkt. 55.) (See Murphy Decl., ¶ 6, Ex 6.) |

| Exh. No. | Document Description |
|---|---|
| 7. | Order Denying in Part and Granting in Part Plaintiff's Motion to Strike dated December 26, 2023, a true and correct copy of which is attached hereto as **Exhibit 7**. (Dkt. 71.) (See Murphy Decl., ¶ 7, Ex 7.) |
|  | **Facts Judicially Noticeable** |
| 1. | That Plaintiff filed his initial complaint in this action on December 10, 2021. (See Dkt. 1.) |

## MEMORANDUM OF POINTS AND AUTHORTIES

### I.  The Court Should Take Judicial Notice of the Court Records Relevant to Defendant's Motion.

Matters of public record, such as publicly available court records, are subject to judicial notice. (*United States v. Raygoza-Garcia*, 902 F.3d 994, 1001 (9th Cir. 2018).) Court records are subject to judicial notice regardless of whether they are sealed because they are readily verifiable. (*Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ["[w]hile some of these documents are filed under seal, they nonetheless are readily verifiable and, therefore, the proper subject of judicial notice."]).

However, a court may *not* take judicial notice of a matter of public record to consider "the truth of the of the facts recited therein." (*Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001).) Rather, a court may only take judicial notice of the existence of the matter. (*Ibid*.)

The Court should take judicial notice of the seven Court records listed above.

Here, Defendant does not ask the Court to take notice of the truth of the allegations in these pleadings and motions. Defendant requests only that the Court take notice that the allegations or statements, admissions or omissions, were in fact made.

Plaintiff's FAC is relevant to ascertain the scope and nature of Plaintiff's claims, the key events forming the basis and gravamen of his claims, and the relevant dates events occurred, e.g., when Plaintiff was put on notice of the reduction in his LLC membership interest.

Defendant's Answer is relevant to establish the affirmative and other defenses available to him.

The remaining motions are relevant because they show what issues have been previously presented to the Court, its prior rulings and reasoning on the issue of derivative claims and the applicable statutes of limitations.

## II.  The Court Should Take Judicial Notice of When This Action Was Filed.

The date Plaintiff initiated this action is relevant to the question of the timeliness of Plaintiff's fraud and breach of fiduciary duty claims. Federal Rule of Evidence 201 provides that a court "may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

The date Plaintiff initiated this action is readily verifiable and not subject to reasonable dispute. The same applies to the fact that certain allegations have been made by the parties and various rulings made by the Court.

## III.  Conclusion.

For all of these reasons, Defendant respectfully requests that the Court grant its Request for Judicial Notice in its entirety.

Dated: April 22, 2025          SLOVAK BARON EMPEY MURPHY & PINKNEY LLP

　　　　　　　　　　　　　　　　 *[s]* Shaun M. Murphy
　　　　　　　　　　　　　　　　 Shaun M. Murphy
　　　　　　　　　　　　　　　　 Charles L. Gallagher
　　　　　　　　　　　　　　　　 Attorneys for Defendant Nizar Yaqub

**CERTIFICATE OF SERVICE**

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to the within action; my business address is that of SLOVAK BARON EMPEY MURPHY & PINKNEY LLP, 74774 Highway 111, Indian Wells, California 92210.

I hereby certify that I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system and served the foregoing document described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** on all interested parties in this action by placing [] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

[]   **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at INDIAN WELLS, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **(BY ELECTRONIC MAIL)** I am personally and readily familiar with the business practice of the firm for the preparation and processing of documents by electronic transmission using the CM/ECF system. I prepared said document(s) in PDF and then caused such document(s) to be served by electronic mail at yeakel@sbemp.com to the above addressee.

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 22, 2025, at Indian Wells, California.

*Dianne Yeakel*
Dianne Yeakel

*UNITED STATE DISTRICT COURT; NORTHERN DISTRICT*
*CASE NO. 5:21-cv-09591 PCP*

| | |
|---|---|
| Jennifer L. Gordon, Esq. (pro hac vice) | *Attorney for Plaintiff* |
| jgordon@loriumlaw.com | *Nabih "Nick" Kanaan* |
| LORIUM LAW | |
| 401 N. Michigan Avenue, Suite 1200 | |
| Chicago, IL 60611 | |
| Telephone: (312) 564-5757 | |
| Facsimile: (312) 564-5758 | |
| | |
| Steven Alan Heath, Esq. | *Attorney for Plaintiff* |
| saheath@heathsteinbeck.com | *Nabih "Nick" Kanaan* |
| HEATH STEINBECK, LLP | |
| 407 N. Maple Drive | |
| Ground Floor | |
| Beverly Hills, CA 90210 | |
| Telephone: (213) 335-6245 | |
| Facsimile: (213) 335-6246 | |

Slovak Baron Empey Murphy & Pinkney LLP
74774 Highway 111
Indian Wells, CA 92210

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**