# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIH "NICK" KANAAN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NIZAR YAQUB, an individual,<br><br>　　Defendant. | CASE NO.: 5:21-cv-09591-PCP<br><br>Judge: Hon. Casey Pitts<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　　May 29, 2025 |

　　Defendant Nizar Yaqub moves for partial summary judgment as to the first cause of action for breach of fiduciary duty, sixth cause of action for fraud-concealment, and the claims at paragraphs 25, 27, 28, 31, 32, and 75 that Defendant and his late wife, Linda Seeley, used funds of the parties' limited liability company for personal expenses, of Plaintiff Nibah "Nick" Kanaan's First Amended Complaint.

　　For the reasons set forth in Attachment A hereto, the Court grants the motion in its entirety. Accordingly, Defendant is entitled to judgment in his favor on the first and sixth causes of action and on the claims regarding the alleged misuse of LLC fund for personal expenses alleged in the above-referenced paragraphs.

　　**IT IS SO ORDERED.**

DATED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. P. Casey Pitts
　　　　　　　　　　　　　　　　　　United States District Judge