**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

NABIH "NICK" KANAAN,

    Plaintiff,

  v.

NIZAR YAQUB,

    Defendant.

No. 5:21-cv-09591

**ORDER**

    This Court, having reviewed Plaintiff's Motion for Leave to Appear Remotely for the hearing set for August 14, 2025 at 10:00 a.m. on Defendant's Motion for Partial Summary Judgment and being fully advised, and this Court having found good cause to allow remote appearance, hereby GRANTS Plaintiff's Motion. Plaintiff's counsel shall be permitted to appear remotely via this Courtroom's Zoom information found at https://cand.uscourts.gov/judges/pitts-p-casey-pcp/.

IT IS SO ORDERED.

Dated:

                                                                   UNITED STATES DISTRICT JUDGE