Shaun M. Murphy (SBN 194965)
Charles L. Gallagher (SBN 167093)
SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
74774 Highway 111
Indian Wells, CA 92210
Telephone: (760) 322-2275
Email: murphy@sbemp.com

Attorneys for Defendant Nizar Yaqub

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIH "NICK" KANAAN,<br><br>    Plaintiff,<br><br>v.<br><br>NIZAR YAQUB, an individual,<br><br>    Defendant. | CASE NO.: 5:21-cv-09591-PCP<br><br>Judge: P. Casey Pitts<br><br>**[PROPOSED] ORDER GRANTING MOTION TO APPEAR REMOTELY FOR DEFENDANTS, MOTION FOR SUMMARY JUDGMENT** |

    Defendant's Motion to Appear Remotely at Defendant's Motion for Summary Judgment hearing is GRANTED.

    Counsel shall comply with the Court's Standing Order on Procedures for Remote Appearances available online at: https://cand.uscourts.gov/judges/pitts-p-casey-pcp/

    IT IS SO ORDERED.


Dated:_____      _____
                                                                                P. CASEY PITTS