# EXHIBIT 3

# Option Notice

To: The Inn at Del Monte Beach, LLC, a California Limited Liability Company

Nick Kanaan

In accordance with the Limited Liability Company's Operating Agreement, Section 6.1.3.2.1., this notice is to serve the Limited Liability Company and its members for the intention of Linda Seeley to transfer all of her economic interests as cited in section Section 6.1.2. and her rights of membership interest as cited in Section 6.1.3. to her husband, Nizar Yaqub, MD, as inter vivos gift as allowed under Section 6.1.1.6.

In accordance with the Operating Agreement, Section 6.1.3.2.2. any objections should be filed with the agent of the LLC within 30 days after receipt of this option notice.

Signed by:

4/18/11

Linda Seeley, Member