# EXHIBIT 4

## MINUTES TO MEMORIALIZE PRIOR ACTION TAKEN

These minutes are created and intended to memorialize prior events relating to the membership interests of the LLC.

Request having been made in April 2008 and in October 2009 on the members of the LLC to make capital contributions of $700,000 and $ 300,000 required to fund operations and improvements, and only Linda Seeley [or Nizar "Nick" Yaqub, depending on timing] having made the requested capital contribution, and Nick Kannan having failed to contribute any capital, effective January 2011 the membership interests of the LLC are revised to the following:

| | |
|---|---|
| Linda Seeley [Nizar "Nick" Yaqub] | 92% |
| Nick Kanaan | 8% |

November 15, 2018

Nizar "Nick" Yaqub, Managing Member