# EXHIBIT 5

ROBERT A. BELZER
WILLIAM J. MURRAY

OF COUNSEL
BRUCE CORNELIUS
MICHAEL MANDELL

LAW OFFICES OF
**BELZER & MURRAY LLP**
3650 MT. DIABLO BOULEVARD, SUITE 130
LAFAYETTE, CALIFORNIA 94549-3765
TELEPHONE (925) 284-9000

Writer's Direct Phone
(925) 284-9015

Writer's E-Mail:
Murray@wjmattorneys.com

June 1, 2018

Mr. Nabih Kanaan
236 Harvard Ln.
Bloomington, IL 60108

***By electronic mail only to:***
**Chicagobay@sbcglobal.net**

Re: *Inn at Del Monte Beach/1110 Del Monte*

Dear Mr. Kanaan:

I have the pleasure of representing Dr. Yaqub, whom I understand has been a good friend of yours for many years.

I am in the process of discussing with Dr. Yaqub his estate planning and in the course of doing so it became clear that there may be a disagreement as to the interest you own in the LLC that owns the hotel.

I understand that you may initially have been the owner of a thirty percent (30%) interest in the LLC, although there does not appear to be any documentation as to any initial contribution into the LLC. I would ask that you please provide whatever records you may have in that regard.

Then apparently in or about 2010, a request was made that you proportionately contribute toward expenses necessary to complete work required to finish and open the hotel, totaling approximately $750,000 (or $225,000 based on a 30% interest). You failed to do so, and Dr. Yaqub and Linda Seeley were forced to make that entire contribution themselves, which necessitated their personally borrowing funds at high interest rates. As a result of your failure to make any contribution, your interest was reduced to eight percent (8%). Ms. Seeley provided you notice of that change, to which you did not object.

Subsequently there was apparently further agreement and/or action taken that reduced your interest in the LLC to zero, although frankly we have been unable to locate the underlying documentation of that agreement and/or event.

If you disagree with any of the above, including that your interest was reduced to 8% in 2010 and/or subsequently reduced to zero, please let me know and provide whatever documentation you have to the contrary.

Currently the LLC is in need of approximately $385,000 to make renovations and upgrades to the facility. Your 8% share (if you still have a share) of that would be $30,800. (Note: if you still owned a 30% interest, that contribution would be $115,000 instead.)

Please advise whether you are willing to make that contribution.

If it is of interest to you, I may have an investor that would be willing to acquire your interest for the sum of $100,000 (possibly a bit more), *subject to his being able to work out an increased equity interest and additional terms with Dr. Yaqub.* If that would be of interest to you, please let us know.

Thank you.

Very truly yours,

William J. Murray

WJM:dla

Cc: Dr. Nizar Yaqub (electronic)

WJM:dla

Cc: Dr. Nizar Yaqub (electronic)