# EXHIBIT 8

5:44

Nick



Hi. Nezar

Happy new year to
you and your love
ones

Have a happy and
healthy New year

5:45

Nick

[illegible]
best friend
Wishing the best for
you and family

Salam can you send
me the rest I need it
thanks

Other wise I won't ask

I will try to send soon

Ramadan Mubarak
I got the check thank u

5:45

Nick

Ramadan Mubarak
I got the check thank u

Salam I hope you have
some ideas by now
how much you can
send me because I do
need it do your best

Ok
I will call to explain

Happy new year may

5:45

Nick

Happy new year may
2016 be a successful
one

Hi please don't tell him
you know about this
Email

Hi too bad we didn't
get together when you
were in Chicago
because I hoped we
will because I was
going to tell I need 38

5:45

Nick

Hi too bad we didn't get together when you were in Chicago because I hoped we will because I was going to tell I need 38 k to pay ELIZABETH. Hospital Bi

ll very soon because you the last and the first to turn to your friend/brother
Nabih

What is your email

5:45

Nick

What is your email?

[illegible]

[illegible]
What is your address?

Hi for the last couple

5:45

Nick

Hi for the last couple days I am thinking about your text because I am not the one to tell you how much to sell it because I don't have any idea about the market In your area what ever you could get for it is fine I trust your judgement any way it's 70/30 I trust what ever you do
You t
TO me more than brother you know that

5:45

Nick

Hi for the last couple days I am thinking about your text because I am not the one to tell you how much to sell it because I don't have any idea about the market In your area what ever you could get for it is fine I trust your judgement any way it's 70/30 I trust what ever you do
You t
TO me more than brother you know that

5:46

Nick

brother you know that

Sorry I just sow your
text
236 Harvard lane
Bloomingdale IL
60108

Hi Nick
Traveling all day
Will talk to you
tomorrow