# EXHIBIT 9

Shaun M. Murphy, Esq., SBN 194965
Charles L. Gallagher, Esq., SBN 167093
**SLOVAK BARON EMPEY MURPHY & PINKNEY LLP**
1800 East Tahquitz Canyon Way
Palm Springs, California 92262
Telephone (760) 322-2275 / Facsimile (760) 322-2107
murphy@sbemp.com; gallagher@sbemp.com; calendar@sbemp.com

Attorneys for Defendant Nizar Yaqub

Slovak Baron Empey Murphy & Pinkney LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NABIH "NICK" KANAAN,<br><br>Plaintiffs,<br><br>v.<br><br>NIZAR YAQUB, an individual,<br><br>Defendants. | **Case No. 5:21-cv-09591**<br><br>**DEFENDANT NIZAR YAQUB'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORIES** |

PROPOUNDING PARTY: PLAINTIFF NIBIH "NICK" KANAAN

RESPONDING PARTY: DEFENDANT NIZAR YAQUB

SET NUMBER: ONE

Defendant Nizar Yaqub ("*Defendant*" or "*Responding Party*") hereby provides supplemental responses to the Interrogatories, Set One, propounded by Nabih ("Nick") Kanaan ("Plaintiff" or "*Propounding Party*") as follows:

///

Slovak Baron Empey Murphy & Pinkney LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

PRELIMINARY STATEMENT

The following supplemental responses are based upon the present state of Defendant's and/or his attorney's investigation, discovery, preparation and analysis of the facts and evidence, which is incomplete, and they are, therefore, given without prejudice to subsequently developed information and analysis. Defendant has made reasonable efforts to respond to each interrogatory, to the extent to which no objection is made, as he understands and interprets the interrogatory. If propounding party subsequently asserts an interpretation of the interrogatory which differs from that of Defendant, Defendant reserves the right to supplement his response.

**SUPPLEMENTAL RESPONSES TO SPECIAL INTERROGATORIES**

**INTERROGATORY 6:**

Identify all assets of the LLC, including but not limited to intangible assets such as patents and trademarks, owned by, assigned to or in negotiation to be purchased by or assigned to You.

**RESPONSE TO INTERROGATORY NO. 6:**

Responding Party objects to this interrogatory as vague, burdensome and oppressive and seeking information outside the scope of discovery in this case.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

Without waiving his prior objections, responding party answers as follows:

| | |
|---|---|
| Building: | $1,394,080.00 |
| Land: | $365,000.00 |
| Furniture and Equipment: | $55,000.00 (approximately as no inventory is kept). |
| Intangibles: | $16,000.00 (name and capacity to operate hotel). |

**INTERROGATORY 7:**

Identify all documents sent to Plaintiff by the LLC, including notices of meetings, member actions, contracts to which the LLC is a party, and other documents sent to Plaintiff.

///

Slovak Baron Empey Murphy & Pinkney LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

**RESPONSE TO INTERROGATORY NO. 7:**

Responding Party objects to this interrogatory as burdensome, oppressive and containing many subparts by virtue of the definition of "Identify."

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7:**

Without waiving his prior objections, responding party answers as follows:

Text messages and emails between Plaintiff and Defendant, and text messages between Plaintiff and Nabih Kanaan Jr. (Plaintiff's son).

Email and attachment dated June 1, 2018.

Email and attachment dated June 8, 2018.

Correspondence, e.g., emails and texts, were exchanged between the parties, copies of which are produced herewith. (See F.R.Civ.P., Rule 33(d).)

**INTERROGATORY 8:**

State the LLC's gross revenues and net incomes for each of the fiscal years from 1998 through the present date.

**RESPONSE TO INTERROGATORY NO. 8:**

Responding Party objects to this Interrogatory as vague as to the definitions of "gross profits and net incomes" burdensome, oppressive and seeking information outside the scope of discovery in this action. (FRCP26(b)(1)).

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8:**

Without waiving his prior objections, responding party answers as follows:

Responding party has made diligent efforts to respond to this interrogatory and provides the following response based on the documentation reasonably available to him.

Gross Revenue:

| | |
|---|---|
| 2017 | $1,041,967 |
| 2018 | $ 845,929 |
| 2019 | $ 953,517 |
| 2020 | $ 750,520 |

| | |
|---|---|
| 2021 | $1,252,584 |
| 2022 | $1,131,626 |
| 2023 | $1,256,405 |

Net Taxable Income:

| | |
|---|---|
| 2017 | $(-117,022) |
| 2018 | $41,072 |
| 2019 | $55,452 |
| 2020 | $62,452 |
| 2021 | $11,081 |
| 2022 | $ 5,996 |
| 2023 | $10,850 |

**INTERROGATORY 9:**

Identify all documents sent to Plaintiff by Medical Equities, LLC.

**RESPONSE TO INTERROGATORY NO. 9:**

Responding Party objects to this interrogatory as vague, burdensome and oppressive and beyond the scope of discovery, and exceeding the limit of 25 under (FRCP33(a)(1)) by virtue of the definition of "Identify."

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 9:**

Without waiving his prior objections, responding party answers as follows: Responding party has made a diligent search and reasonable inquiry but has been unable to locate documents responsive to this request. Responding party does not recall whether such documents have been lost, misplaced or ever existed. Medical Equities, LLC was terminated effective February 4, 2013.

**INTERROGATORY 11:**

State the date, individuals present, and the location at which the negotiations, preparations, and signing of the Operating Agreement and any amendments thereto took place.

///

Slovak Baron Empey Murphy & Pinkney LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

Slovak Baron Empey Murphy & Pinkney LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

**RESPONSE TO INTERROGATORY NO. 11:**

Responding Party objects to this Interrogatory as compound, and addressing multiple topics and an attempt to circumvent the limitation of 25 interrogatories under (FRCP33(a)(1)). Further the interrogatory is vague and calls for speculation.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11:**

Without waiving his prior objections, responding party answers as follows:

Responding party has made a diligent search and made reasonable inquiry but has no personal first-hand knowledge of the date, individuals present, or location of the negotiations relating to the signing of the Operating Agreement.

The First Amended Operating Agreement was prepared in Monterey, California, by William Murray, Esq. (deceased) and executed by responding party on December 1, 2018.

**INTERROGATORY 14:**

Identify any loans made to You by the LLC, and for each state:

(a) The date of the loan;

(b) The amount of the loan;

(c) The terms of the loan; and

(d) Whether any document was executed to memorialize the loan.

**RESPONSE TO INTERROGATORY NO. 14:**

Responding Party objects to this interrogatory as exceeding the limit under (FRCP33(a)(1)) of 25 interrogatories. Responding Party also objects that this Interrogatory seeks information which is outside of the scope of discovery in this matter (FRCP26(b)(1), and is invasive of privacy rights.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14:**

Without waiving his prior objections, responding party answers as follows: None.

**INTERROGATORY 17:**

Please identify any and all third parties who have knowledge of the matters identified in the Complaint. For each person, state their address, telephone number,

relationship to you, and a general description of their knowledge of the facts and events of this lawsuit.

**RESPONSE TO INTERROGATORY NO. 17:**

Responding Party objects to this interrogatory as exceeding the limit under (FRCP33(a)(1)) of 25 interrogatories. Responding Party also objects that this Interrogatory is vague and burdensome, and potentially violates protections/privileges for attorney-client communications and attorney work product.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 17:**

Without waiving his prior objections, responding party answers as follows:

Julian Bills, Real Estate broker in Monterey; Last known telephone: 831-212-4526

Anish Khimani, hotelier. Tel.: 209-631-7668.

Responding Party (may be contacted through counsel).

Linda Seeley (deceased).

Communications with these persons took place over a decade ago and although responding party has made a diligent search and reasonable inquiry, he has been unable to identify further contact information relating to these individuals.

Dated: July 22, 2024

SLOVAK BARON EMPEY MURPHY & PINKNEY LLP

By: Charles L. Gallagher
SHAUN M. MURPHY, ESQ.
CHARLES L. GALLAGHER, ESQ.
Attorneys for Defendant Nizar Yaqub

Slovak Baron Empey Murphy & Pinkney LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

VERIFICATION

I, NIZAR YAQUB, declare:

I am the Plaintiff in the above-entitled action; I have read the foregoing DEFENDANT NIZAR YAQUB'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORIES and know the contents thereof; that the same is true of my own knowledge, except as to those matters which are therein stated on information or belief, and as to those matters I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of July 2024, at Monterey California.

NIZAR YAQUB