# EXHIBIT 10

Form **1120**
Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

**For calendar year 2020 or tax year beginning ______ ending ______**

▶ **Go to *www.irs.gov/Form1120* for instructions and the latest information.**

OMB No. 1545-0123

**2020**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name The INN at Del Monte Beach, LLC
Hotel 1110

Number, street, and room or suite no. If a P.O. box, see instructions.
1110 Del Monte Ave

City or town, state or province, country, and ZIP or foreign postal code
Monterey, CA 93940

**B Employer identification number** [redacted]

**C** Date incorporated 01/01/2010

**D** Total assets (see instructions) $ 2,152,545.

**E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

### Income

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 818,187. | | |
| b | Returns and allowances | 1b | 67,667. | | |
| c | Balance. Subtract line 1b from line 1a | | | 1c | 750,520. |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 750,520. |
| 4 | Dividends and inclusions (Schedule C, line 23) | | | 4 | |
| 5 | Interest | | | 5 | |
| 6 | Gross rents | | | 6 | |
| 7 | Gross royalties | | | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | |
| 10 | Other income (see instructions—attach statement) | | | 10 | |
| 11 | **Total income.** Add lines 3 through 10 ▶ | | | 11 | 750,520. |

### Deductions (See instructions for limitations on deductions.)

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) ▶ | | | 12 | |
| 13 | Salaries and wages (less employment credits) | | | 13 | 218,205. |
| 14 | Repairs and maintenance | | | 14 | 12,261. |
| 15 | Bad debts | | | 15 | |
| 16 | Rents | | | 16 | |
| 17 | Taxes and licenses | | | 17 | 90,176. |
| 18 | Interest (see instructions) | | | 18 | 69,552. |
| 19 | Charitable contributions | | | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 20 | 61,336. |
| 21 | Depletion | | | 21 | |
| 22 | Advertising | | | 22 | 1,079. |
| 23 | Pension, profit-sharing, etc., plans | | | 23 | |
| 24 | Employee benefit programs | | | 24 | |
| 25 | Reserved for future use | | | 25 | |
| 26 | Other deductions (attach statement) | | | 26 | 235,459. |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | | | 27 | 688,068. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | 62,452. |
| 29a | Net operating loss deduction (see instructions) | 29a | 62,452. | | |
| b | Special deductions (Schedule C, line 24) | 29b | | | |
| c | Add lines 29a and 29b | | | 29c | 62,452. |

### Tax, Refundable Credits, and Payments

| Line | Description | Line | Amount |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | |
| 32 | 2020 net 965 tax liability paid (Schedule J, Part II, line 12) | 32 | |
| 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | 33 | |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | 34 | |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | 35 | |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | 36 | |
| 37 | Enter amount from line 36 you want: **Credited to 2021 estimated tax** ▶ **Refunded** ▶ | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ______ Date ______ Title ______

May the IRS discuss this return with the preparer shown below? See instructions. ☐ **Yes** ☐ **No**

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | | | | |

Firm's name ▶ Firm's EIN ▶
Firm's address ▶ Phone no.



YAQUB 0719

Form 1120 (2020) **The INN at Del Monte Beach, LLC** [redacted] Page **4**

## Schedule K Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a [X] Cash b [ ] Accrual c [ ] Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ **721110** | | |
| b | Business activity ▶ **Hospitality** | | |
| c | Product or service ▶ **Hotel Rooms** | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," enter name and EIN of the parent corporation ▶ | | X |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . . . . . . | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . . . . . | | X |
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instr. If "Yes," complete (i) through (iv) below. | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . . . . . . . . If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | X |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . . . . For rules of attribution, see section 318. If "Yes," enter: **(a)** Percentage owned ▶ ____ and **(b)** Owner's country ▶ **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ **0** | | X |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . ▶ [ ] If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ **1** | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) . . . . ▶ [ ] If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ **82,113.** | | |



YAQUB 0722

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

► **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
► **Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.**

OMB No. 1545-0123

Name: The INN at Del Monte Beach, LLC

**Employer identification number** [redacted]

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| **(a)** Name of officer | **(b)** Social security number (see instructions) | **(c)** Percent of time devoted to business | Percent of stock owned **(d)** Common | Percent of stock owned **(e)** Preferred | **(f)** Amount of compensation |
|---|---|---|---|---|---|
| 1 Nizar a Yaqub | [redacted] | 75.00 % | 100.0 % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers | 2 | |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | |

**For Paperwork Reduction Act Notice, see separate instructions.**
UYA



YAQUB 0725

Form **1120**
Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

**For calendar year 2021 or tax year beginning ________ ending ________**

▶ **Go to *www.irs.gov/Form1120* for instructions and the latest information.**

OMB No. 1545-0123

**2021**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

Name **The INN at Del Monte Beach, LLC**
**Hotel 1110**

Number, street, and room or suite no. If a P.O. box, see instructions.
**1110 Del Monte Ave**

City or town, state or province, country, and ZIP or foreign postal code
**Monterey, CA 93940**

**B** Employer identification number [redacted]

**C** Date incorporated **11/01/2008**

**D** Total assets (see instructions) $ **2,247,416.**

**E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

**Income**

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 1,328,114. | | |
| b | Returns and allowances | 1b | 75,530. | | |
| c | Balance. Subtract line 1b from line 1a | | | 1c | 1,252,584. |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 1,252,584. |
| 4 | Dividends and inclusions (Schedule C, line 23) | | | 4 | |
| 5 | Interest | | | 5 | |
| 6 | Gross rents | | | 6 | |
| 7 | Gross royalties | | | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | |
| 10 | Other income (see instructions—attach statement) | | | 10 | |
| 11 | **Total income.** Add lines 3 through 10 ▶ | | | 11 | 1,252,584. |

**Deductions (See instructions for limitations on deductions.)**

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) ▶ | | | 12 | 95,000. |
| 13 | Salaries and wages (less employment credits) | | | 13 | 380,963. |
| 14 | Repairs and maintenance | | | 14 | 54,546. |
| 15 | Bad debts | | | 15 | |
| 16 | Rents | | | 16 | |
| 17 | Taxes and licenses | | | 17 | 91,789. |
| 18 | Interest (see instructions) | | | 18 | 114,946. |
| 19 | Charitable contributions | | | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 20 | 60,102. |
| 21 | Depletion | | | 21 | |
| 22 | Advertising | | | 22 | 4,073. |
| 23 | Pension, profit-sharing, etc., plans | | | 23 | |
| 24 | Employee benefit programs | | | 24 | |
| 25 | Reserved for future use | | | 25 | |
| 26 | Other deductions (attach statement) | | | 26 | 395,761. |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | | | 27 | 1,197,180. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | 55,404. |
| 29a | Net operating loss deduction (see instructions) | 29a | 44,323. | | |
| b | Special deductions (Schedule C, line 24) | 29b | | | |
| c | Add lines 29a and 29b | | | 29c | 44,323. |

**Tax, Refundable Credits, and Payments**

| Line | Description | Line | Amount |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | 11,081. |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 2,327. |
| 32 | Reserved for future use | 32 | |
| 33 | Total payments and credits (Schedule J, Part III, line 23) | 33 | |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☒ | 34 | 49. |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | 2,376. |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | |
| 37 | Enter amount from line 36 you want: **Credited to 2022 estimated tax** ▶ **Refunded** ▶ | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer    Date    ▶ Title

May the IRS discuss this return with the preparer shown below? See instructions. ☐ **Yes** ☐ **No**

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | | | | |

Firm's name ▶    Firm's EIN ▶
Firm's address ▶    Phone no.



YAQUB 0731

## Schedule K Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a [X] Cash b [ ] Accrual c [ ] Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ **721110** | | |
| b | Business activity ▶ **Hospitality** | | |
| c | Product or service ▶ **Hotel Rooms** | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . . . . . . | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . . . . . | X | |
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instr. If "Yes," complete (i) through (iv) below. | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . . . . . . . | | X |
| | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . . . . | | X |
| | For rules of attribution, see section 318. If "Yes," enter: | | |
| | **(a)** Percentage owned ▶ ______ and **(b)** Owner's country ▶ | | |
| | **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ **0** | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . ▶ [ ] | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ **2** | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) . . . . ▶ [ ] | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ **117,022.** | | |



YAQUB 0734

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ **Attach to Form 1120.**
▶ **See instructions.**

OMB No.1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| The INN at Del Monte Beach, LLC | [redacted] |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| Nizar Yaqub | [redacted] | United States | 92.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

► **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
► **Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.**

OMB No. 1545-0123

Name: The INN at Del Monte Beach, LLC

**Employer identification number** [redacted]

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| | **(a)** Name of officer | **(b)** Social security number (see instructions) | **(c)** Percent of time devoted to business | Percent of stock owned **(d)** Common | Percent of stock owned **(e)** Preferred | **(f)** Amount of compensation |
|---|---|---|---|---|---|---|
| 1 | Nizar a Yaqub | 8010 | 75.00 % | 100.0 % | % | 95,000. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers | 2 | 95,000. |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | 95,000. |

**For Paperwork Reduction Act Notice, see separate instructions.**
UYA



YAQUB 0738

Form **1120**
Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

**For calendar year 2022 or tax year beginning ________ ending ________**
**Go to *www.irs.gov/Form1120* for instructions and the latest information.**

OMB No. 1545-0123
**2022**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name: The INN at Del Monte Beach, LLC
Hotel 1110
Number, street, and room or suite no. If a P.O. box, see instructions.
1110 Del Monte Ave
City or town, state or province, country, and ZIP or foreign postal code
Monterey, CA 93940

**B Employer identification number** [redacted]
**C** Date incorporated: 11/05/2007
**D** Total assets (see instructions): $ 2,235,803.

**E** Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change

**Income**

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 1,315,727. | | |
| b | Returns and allowances | 1b | 50,893. | | |
| c | Balance. Subtract line 1b from line 1a | | | 1c | 1,264,834. |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | 133,208. |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 1,131,626. |
| 4 | Dividends and inclusions (Schedule C, line 23) | | | 4 | |
| 5 | Interest | | | 5 | |
| 6 | Gross rents | | | 6 | |
| 7 | Gross royalties | | | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | |
| 10 | Other income (see instructions—attach statement) | | | 10 | |
| 11 | **Total income.** Add lines 3 through 10 | | | 11 | 1,131,626. |

**Deductions (See instructions for limitations on deductions.)**

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) | | | 12 | 78,928. |
| 13 | Salaries and wages (less employment credits) | | | 13 | 300,799. |
| 14 | Repairs and maintenance | | | 14 | 42,607. |
| 15 | Bad debts | | | 15 | |
| 16 | Rents | | | 16 | |
| 17 | Taxes and licenses | | | 17 | 129,536. |
| 18 | Interest (see instructions) | | | 18 | 89,125. |
| 19 | Charitable contributions | | | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 20 | 60,906. |
| 21 | Depletion | | | 21 | |
| 22 | Advertising | | | 22 | 3,493. |
| 23 | Pension, profit-sharing, etc., plans | | | 23 | |
| 24 | Employee benefit programs | | | 24 | |
| 25 | Reserved for future use | | | 25 | |
| 26 | Other deductions (attach statement) | | | 26 | 396,252. |
| 27 | **Total deductions.** Add lines 12 through 26 | | | 27 | 1,101,646. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | 29,980. |
| 29a | Net operating loss deduction (see instructions) | 29a | 23,984. | | |
| b | Special deductions (Schedule C, line 24) | 29b | | | |
| c | Add lines 29a and 29b | | | 29c | 23,984. |

**Tax, Refundable Credits, and Payments**

| Line | Description | Line | Amount |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | 5,996. |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 1,259. |
| 32 | Reserved for future use | 32 | |
| 33 | Total payments and credits (Schedule J, Part III, line 23) | 33 | |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ☒ | 34 | 53. |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | 1,312. |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | |
| 37 | Enter amount from line 36 you want: **Credited to 2023 estimated tax** **Refunded** | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ________ Date ________ Title ________

May the IRS discuss this return with the preparer shown below? See instructions. ☐ **Yes** ☐ **No**

**Paid Preparer Use Only**

Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN
Firm's name | Firm's EIN
Firm's address | Phone no.



YAQUB 0747

## Schedule K Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a [X] Cash b [ ] Accrual c [ ] Other (specify) | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. 721110 | | |
| b | Business activity Hospitality | | |
| c | Product or service Hotel Rooms | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? If "Yes," enter name and EIN of the parent corporation | | X |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | | X |
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instr. If "Yes," complete (i) through (iv) below. | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316. If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | X |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: **(a)** Percentage owned ______ and **(b)** Owner's country ______ **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached 0 | | X |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount [ ] If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year $ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) 2 | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) [ ] If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) $ 72,699. | | |

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

**Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
**Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.**

OMB No. 1545-0123

Name
The INN at Del Monte Beach, LLC

**Employer identification number**
[redacted]

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| **(a)** Name of officer | **(b)** Social security number (see instructions) | **(c)** Percent of time devoted to business | Percent of stock owned **(d)** Common | Percent of stock owned **(e)** Preferred | **(f)** Amount of compensation |
|---|---|---|---|---|---|
| 1 Nizar a Yaqub | [redacted] | 75.00 % | 100.0 % | % | 78,928. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers | 2 | 78,928. |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | 78,928. |

**For Paperwork Reduction Act Notice, see separate instructions.**
UYA



YAQUB 0754

Form **1120**
Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2023 or tax year beginning ____________, 2023, ending ____________, 20 ___

Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2023**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

Name
**The INN at Del Monte Beach, LLC**
**Hotel 1110**

Number, street, and room or suite no. If a P.O. box, see instructions.
**1110 Del Monte Ave**

City or town, state or province, country and ZIP or foreign postal code
**Monterey, CA 93940**

**B Employer identification number**
[redacted]

**C** Date incorporated
11/05/2007

**D** Total assets (see instructions)
$ 2,190,796.

**E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| Section | Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 1,393,126. | | |
| | b | Returns and allowances | 1b | 7,958. | | |
| | c | Balance. Subtract line 1b from line 1a | | | 1c | 1,385,168. |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | 128,763. |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 1,256,405. |
| | 4 | Dividends and inclusions (Schedule C, line 23) | | | 4 | |
| | 5 | Interest | | | 5 | 3,959. |
| | 6 | Gross rents | | | 6 | |
| | 7 | Gross royalties | | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | |
| | 10 | Other income (see instructions - attach statement) | | | 10 | 5,168. |
| | 11 | **Total income.** Add lines 3 through 10 | | | 11 | 1,265,532. |
| Deductions (See instructions for limitations on deductions.) | 12 | Compensation of officers (see instructions - attach Form 1125-E) | | | 12 | |
| | 13 | Salaries and wages (less employment credits) | | | 13 | 412,454. |
| | 14 | Repairs and maintenance | | | 14 | 56,977. |
| | 15 | Bad debts | | | 15 | |
| | 16 | Rents | | | 16 | |
| | 17 | Taxes and licenses | | | 17 | 184,633. |
| | 18 | Interest (see instructions) | | | 18 | 95,376. |
| | 19 | Charitable contributions | | | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 20 | 63,138. |
| | 21 | Depletion | | | 21 | |
| | 22 | Advertising | | | 22 | 4,246. |
| | 23 | Pension, profit-sharing, etc., plans | | | 23 | |
| | 24 | Employee benefit programs | | | 24 | |
| | 25 | Energy efficient commercial buildings deduction (attach Form 7205) | | | 25 | |
| | 26 | Other deductions (attach statement) | | | 26 | 394,459. |
| | 27 | **Total deductions.** Add lines 12 through 26 | | | 27 | 1,211,283. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | 54,249. |
| | 29a | Net operating loss deduction (see instructions) | 29a | 43,399. | | |
| | b | Special deductions (Schedule C, line 24) | 29b | | | |
| | c | Add lines 29a and 29b | | | 29c | 43,399. |
| Tax, Refundable Credits, & Payments | 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | | | 30 | 10,850. |
| | 31 | Total tax (Schedule J, Part I, line 11) | | | 31 | 2,279. |
| | 32 | Reserved for future use | | | 32 | |
| | 33 | Total payments and credits (Schedule J, Part III, line 23) | | | 33 | |
| | 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ☒ | | | 34 | 63. |
| | 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | | | 35 | 2,342. |
| | 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | | | 36 | |
| | 37 | Enter amount from line 36 you want: **Credited to 2024 estimated tax** **Refunded** | | | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer | Date | Title

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | | | | |
| Firm's name | | | Firm's EIN | |
| Firm's address | | | Phone no. | |



YAQUB 0763

Form 1120 (2023) **The INN at Del Monte Beach, LLC** [redacted] Page **4**

**Schedule K** **Other Information** (see instructions)

| | | Yes | No |
|---|---|---|---|
| **1** | Check accounting method: **a** [X] Cash **b** [ ] Accrual **c** [ ] Other (specify) | | |
| **2** | See the instructions and enter the: | | |
| **a** | Business activity code no. 721110 | | |
| **b** | Business activity Hospitality | | |
| **c** | Product or service Hotel Rooms | | |
| **3** | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? If "Yes," enter name and EIN of the parent corporation | | X |
| **4** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| **b** | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | X | |
| **5** | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **6** | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316. If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452. If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | X |
| **7** | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: **(a)** Percentage owned ______ and **(b)** Owner's country ______ **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached 0 | | X |
| **8** | Check this box if the corporation issued publicly offered debt instruments with original issue discount [ ] If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **9** | Enter the amount of tax-exempt interest received or accrued during the tax year $ | | |
| **10** | Enter the number of shareholders at the end of the tax year (if 100 or fewer) 1 | | |
| **11** | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) [ ] If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| **12** | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a) $ 49,615. | | |



YAQUB 0766

**SCHEDULE G (Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ **Attach to Form 1120.**
▶ **See instructions.**

OMB No.1545-0123

Name: The INN at Del Monte Beach, LLC

**Employer identification number (EIN)** [redacted]

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| Nizar Yaqub | [redacted] | United States | 92.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

**Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
**Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.***

OMB No. 1545-0123

Name: The INN at Del Monte Beach, LLC

**Employer identification number** [redacted]

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| | **(a)** Name of officer | **(b)** Social security number (see instructions) | **(c)** Percent of time devoted to business | Percent of stock owned **(d)** Common | Percent of stock owned **(e)** Preferred | **(f)** Amount of compensation |
|---|---|---|---|---|---|---|
| 1 | Nizar a Yaqub | [redacted] | 75.00 % | 100.0 % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers | 2 | |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | |

**For Paperwork Reduction Act Notice, see separate instructions.**
UYA



YAQUB 0771

Form **1120**
Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2024 or tax year beginning ______, 2024, ending ______, 20 __

Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2024**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

Name
The INN at Del Monte Beach, LLC
Hotel 1110

Number, street, and room or suite no. If a P.O. box, see instructions.
1110 Del Monte Ave

City or town, state or province, country, and ZIP or foreign postal code
Monterey, CA 93940

**B Employer identification number** [redacted]

**C** Date incorporated 11/05/2007

**D** Total assets (see instructions) $1,924,238.

**E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| Section | Line | Description | | Amount | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 960,197. | | |
| | b | Returns and allowances | 1b | 31,653. | | |
| | c | Balance. Subtract line 1b from line 1a | | | 1c | 928,544. |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | 143,332. |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 785,212. |
| | 4 | Dividends and inclusions (Schedule C, line 23) | | | 4 | |
| | 5 | Interest | | | 5 | 13,477. |
| | 6 | Gross rents | | | 6 | 35,000. |
| | 7 | Gross royalties | | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | |
| | 10 | Other income (see instructions - attach statement) | | | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 | | | 11 | 833,689. |
| Deductions (See instructions for limitations on deductions.) | 12 | Compensation of officers (see instructions - attach Form 1125-E) | | | 12 | |
| | 13 | Salaries and wages (less employment credits) | | | 13 | 247,504. |
| | 14 | Repairs and maintenance | | | 14 | 40,376. |
| | 15 | Bad debts | | | 15 | |
| | 16 | Rents | | | 16 | |
| | 17 | Taxes and licenses | | | 17 | 137,014. |
| | 18 | Interest (see instructions) | | | 18 | 97,976. |
| | 19 | Charitable contributions | | | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 20 | 64,132. |
| | 21 | Depletion | | | 21 | |
| | 22 | Advertising | | | 22 | 162. |
| | 23 | Pension, profit-sharing, etc., plans | | | 23 | |
| | 24 | Employee benefit programs | | | 24 | |
| | 25 | Energy efficient commercial buildings deduction (attach Form 7205) | | | 25 | |
| | 26 | Other deductions (attach statement) | | | 26 | 290,326. |
| | 27 | **Total deductions.** Add lines 12 through 26 | | | 27 | 877,490. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | | | 28 | -43,801. |
| | 29a | Net operating loss deduction (see instructions) | 29a | | | |
| | b | Special deductions (Schedule C, line 24) | 29b | | | |
| | c | Add lines 29a and 29b | | | 29c | |
| Tax, Refundable Credits, & Payments | 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | | | 30 | -43,801. |
| | 31 | Total tax (Schedule J, line 12) | | | 31 | |
| | 32 | Reserved for future use | | | 32 | |
| | 33 | Total payments and credits (Schedule J, line 23) | | | 33 | |
| | 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ☐ | | | 34 | |
| | 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | | | 35 | |
| | 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | | | 36 | |
| | 37 | Enter amount from line 36 you want: **Credited to 2025 estimated tax** | | Refunded | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer | Date | Title

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name | | | Firm's EIN | |
| Firm's address | | | Phone no. | |



YAQUB 0784

## Schedule K Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a [X] Cash b [ ] Accrual c [ ] Other (specify) | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. 721110 | | |
| b | Business activity Hospitality | | |
| c | Product or service Hotel Rooms | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? If "Yes," enter name and EIN of the parent corporation | | X |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | | X |
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316. If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452. If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | X |
| 7 | At any time during this tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: **(a)** Percentage owned ____ and **(b)** Owner's country ____ **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached 0 | | X |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount [ ] If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during this tax year $ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) 1 | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) [X] If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a) $ 5,316. | | |



YAQUB 0787

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

**Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
**Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.***

OMB No. 1545-0123

Name: The INN at Del Monte Beach, LLC

**Employer identification number** [redacted]

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| | **(a)** Name of officer | **(b)** Social security number (see instructions) | **(c)** Percent of time devoted to business | Percent of stock owned | | **(f)** Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | **(d)** Common | **(e)** Preferred | |
| 1 | Nizar a Yaqub | [redacted] | 75.00 % | 100.0 % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers . . . . . | 2 | |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . | 4 | |

Form **8453-CORP**

(Rev. December 2025)

Department of the Treasury
Internal Revenue Service

# *E-file* Declaration for Corporations

**For use with Form 1120 series returns. Do not file paper copies.**
**Go to *www.irs.gov/Form8453CORP* for the latest information.**

For calendar year 20 , or tax year beginning ,20 , ending ,20

OMB No. 1545-0123

Name of corporation: The INN at Del Monte Beach, LLC

Employer identification number (EIN): [redacted]

**Part I** **Information** (Whole dollars only)

| | | |
|---|---|---|
| 1 Total income (Form 1120, line 11) | 1 | 934,274. |
| 2 Total income (Form 1120-F, Section II, line 11) | 2 | |
| 3 Total income (loss) (Form 1120-S, line 6) | 3 | |
| 4 Total income (Form 1120 , line ) | 4 | |

**Part II** **Declaration of Officer** (see instructions) **Be sure to keep a copy of the corporation's tax return.**

A ☐ I consent that the corporation's refund be directly deposited as designated on the corporation's federal income tax return.

B ☒ I do not want direct deposit of the corporation's refund **or** the corporation is not receiving a refund.

C ☐ I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

EFILE COPY

If the corporation is filing a balance due return, I understand that if the IRS does not receive full and timely payment of its tax liability, the corporation will remain liable for the tax liability and all applicable interest and penalties.

Under penalties of perjury, I declare that I am an officer of the above corporation and that the information I have given my electronic return originator (ERO), transmitter, and/or intermediate service provider (ISP) and the amounts in Part I above agree with the amounts on the corresponding lines of the corporation's federal income tax return. To the best of my knowledge and belief, the corporation's return is true, correct, and complete. I consent to my ERO, transmitter, and/or ISP sending the corporation's return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO, transmitter, and/or ISP an acknowledgment of receipt of transmission and an indication of whether or not the corporation's return is accepted, and, if rejected, the reason(s) for the rejection. If the processing of the corporation's return or refund is delayed, I authorize the IRS to disclose to my ERO, transmitter, and/or ISP the reason(s) for the delay, or when the refund was sent.

**Sign Here**

| Signature of officer | Date | Title |
|---|---|---|
| Nizar Yaqub | 10/13/2026 | President |

**Part III** **Declaration of Electronic Return Originator (ERO) and Paid Preparer** (see instructions)

I declare that I have reviewed the above corporation's return and that the entries on Form 8453-CORP are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The corporate officer will have signed this form before I submit the return. I will give the officer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns. If I am also the Paid Preparer, under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

**ERO's Use Only**

| ERO's signature | Date | Check if also paid preparer ☐ | Check if self-employed ☐ | ERO's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | | | | EIN |
| | | | | Phone no. |

Under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name | | | Firm's EIN | |
| Firm's address | | | Phone no. | |

Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2025 or tax year beginning ______, 2025, ending ______, 20 __

Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2025**

| | |
|---|---|
| **A** Check if: **1a** Consolidated return (attach Form 851) ☐ | Name: **The INN at Del Monte Beach, LLC Hotel 1110** |
| **b** Life/nonlife consolidated return ☐ | Number and street. If a P.O. box, see instructions: **1110 Del Monte Ave** — Room or suite no.: |
| **2** Personal holding co. (attach Sch. PH) ☐ | City or town: **Monterey** — State or province: **CA** — Country: — ZIP or foreign postal code: **93940** |
| **3** Personal service corp. (see instructions) ☐ | |
| **4** Schedule M-3 attached ☐ | **E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change |

**B** Employer identification number [redacted]

**C** Date incorporated **11/05/2007**

**D** Total assets (see instructions) **$1,897,961.**

## Income

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 901,190. | | |
| b | Returns and allowances | 1b | 12,930. | | |
| c | Balance. Subtract line 1b from line 1a | | | 1c | 888,260. |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 888,260. |
| 4 | Dividends and inclusions (Schedule C, line 23) | | | 4 | |
| 5 | Interest | | | 5 | 11,014. |
| 6 | Gross rents | | | 6 | 35,000. |
| 7 | Gross royalties | | | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | |
| 10 | Other income (see instructions - attach statement) | | | 10 | |
| 11 | **Total income.** Add lines 3 through 10 | | | 11 | 934,274. |

## Deductions (See instructions for limitations on deductions.)

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 12 | Compensation of officers (see instructions - attach Form 1125-E) | | | 12 | |
| 13 | Salaries and wages (less employment credits) | | | 13 | 181,331. |
| 14 | Repairs and maintenance | | | 14 | 23,616. |
| 15 | Bad debts | | | 15 | |
| 16 | Rents | | | 16 | |
| 17 | Taxes and licenses | | | 17 | 114,982. |
| 18 | Interest (see instructions) | | | 18 | 89,465. |
| 19 | Charitable contributions | | | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 20 | 48,376. |
| 21 | Depletion | | | 21 | |
| 22 | Advertising | | | 22 | 5,492. |
| 23 | Pension, profit-sharing, etc., plans | | | 23 | |
| 24 | Employee benefit programs | | | 24 | |
| 25 | Energy efficient commercial buildings deduction (attach Form 7205) | | | 25 | |
| 26 | Other deductions (attach statement) | | | 26 | 502,952. |
| 27 | **Total deductions.** Add lines 12 through 26 | | | 27 | 966,214. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | | | 28 | -31,940. |
| 29a | Net operating loss deduction (see instructions) | 29a | | | |
| b | Special deductions (Schedule C, line 24) | 29b | | | |
| c | Add lines 29a and 29b | | | 29c | |

EFILE COPY

## Tax, Refundable Credits, and Payments

| Line | Description | Line | Amount |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | -31,940. |
| 31 | Total tax (Schedule J, line 12) | 31 | |
| 32 | First installment of section 1062 applicable net tax liability. Enter amount from Form 1062, line 15 | 32 | |
| 33 | Total payments, credits, and section 1062 applicable net tax liability (Schedule J, line 23) | 33 | |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ☐ | 34 | |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | 35 | |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | 36 | |
| 37 | Enter amount from line 36 you want: **a Credited to 2026 estimated tax** ______ **b Refunded** | 37b | |
| | **c** Routing number ______ **d** Type: ☐ Checking ☐ Savings | | |
| | **e** Account number | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer | Date | Title

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name | | | Firm's EIN | |
| Firm's address | | | Phone no. | |

**For Paperwork Reduction Act Notice, see separate instructions.**
UYA

Form **1120** (2025) Created 9/3/25

YAQUB-0835

Form 1120 (2025) **The INN at Del Monte Beach, LLC** [redacted] Page **4**

**Schedule K** **Other Information** (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a [X] Cash b [ ] Accrual c [ ] Other (specify) | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. **721110** | | |
| b | Business activity **Hospitality** | | |
| c | Product or service **Hotel Rooms** | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? If "Yes," enter name and EIN of the parent corporation | | X |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | | X |
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

EFILE COPY

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316. If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452. If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | X |
| 7 | At any time during this tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: **(a)** Percentage owned ______ and **(b)** Owner's country ______ **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached **0** | | X |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount [ ] If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during this tax year $ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) **1** | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) [ ] If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a) $ **92,918.** | | |