# EXHIBIT 11

680 East Romie Lane Suite C
Salinas, CA 93901
831 771-5500
831 771-5460 Fax

**The Inn at Del Monte Beach**

# Fax

| | | | |
|---|---|---|---|
| **To:** German Baldeon | | **From:** Nick Yaqub | |
| **Fax:** 408 842-8089 | | **Pages:** | |
| **Phone:** | | **Date:** 07/17/09 | |
| **Re:** | | **CC:** | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

- The property is The Inn at Del Monte Beach at 1110 Del Monte Avenue in Monterey, CA.
- Ownership is The Inn at Del Monte Beach, LLC, a California Limited Liability Company.
- Partners are Linda Seeley, 70%, Nick Kanaan, 30%.
- Cost of acquisition, development, construction and furnishings is $3.2M.
- Liability is construction loan to Pinnacle Bank for $1.65M convertible to permanent loan, 30 years amortization, 10 years fixed at 6.4% then adjustable every ten years at the rate of 10 year treasury note plus 2.75.
- Description – 19 rooms in the Del Monte Beach area, full bar and restaurant.
- Funds needed for completion of furnishings, marketing and operating capital.

- Proposal 1 – $140,000 convertible note for duration of one year secured by a second mortgage on the property, payable after twelve months at 10% ($154,000) or conversion at 10% of the shares of the LLC.

- Proposal 2 – ownership of 10% of the LLC in exchange of $140,000.

Proforma is enclosed for your information.