# EXHIBIT 12

# ERRATA SHEET

CASE: Nabih "Nick" Kanaan v. Nizar Yaqub (Case No.: 5:21-cv-09591 PCP)

DEPOSITION OF: Nizar Yaqub

DATE TAKEN: April 17, 2025

| PAGE # | LINE # | ORIGINAL | CORRECTED |
|---|---|---|---|
| 14 | 25 | the deed to the operation | "the needs to the operation" |
| 19 | 10 | every three years | "every two years" |
| 19 | 14 | submitting it every three years | "submitting it every two years |
| 21 | 15 | I saw this document 2018, I think reviewing the paperwork with the ABC.· And when the controversy with Kanaan came | Not sure if was produced by the ABC or not, alternatively I saw this document after filing the law suite by Kanaan as part of his exhibits |
| 32 | 4 | remember the call | "remember the exact quote" |
| 48 | 19 | It doesn't say when, so I really don't know.· I have no -- nothing to add than I testified already.· | Another event that is worth mentioning, Yaqub from January through October 2010, had to make a partial payment on Knapp loan because the LLC could not. Yaqub had paid from his personal account amount that totaled $55,000 |
| 66 | 13 | but it always show line losses | "but always show tax losses" |
| 69 | 15 | we're doing good | "we're not doing good" |
| 72 | 9 | Between 2'20 -- 2'20, 10· 2'23, around that time. | Between 2017 - 2018 |
| 72 | 14 | Well, I mean, with COVID and that, we have to entertain our options and... | I mean, with additional need for capital we faced, we have to entertain our options |
| 74 | 23 | came out of the left cheek | "came out of the left field" |
| 81 | 4 | I do know that an agreement exists | "I do not know that an agreement exists" |
| 89 | 7 | I do not recall, and I don't believe so. | Payment as a manager, but does not include disbursement to members in 2016 |
| 91 | 3 | It wasn't in a pension | It wasn't in a qualified pension |
| 103 | 20 | that's what I thrived to do | "that's what I strived to do" |

Date: May 19, 2025

Signature: Nizar Yaqub