# EXHIBIT 13

BOSCO Legal Services

A MAGNA LEGAL SERVICES COMPANY

| | |
|---|---|
| RECORDS OF: | |
| CASE NAME: | **Nahib "Nick" Kanaan v. Nizar Yaqub, et al.** |
| CASE NUMBER: | **5:21-cv-09591** |
| COURT: | **United States District Court for the Northern District of California** |
| DATE SERVED: | **02/19/2025** |
| DATE COPIED: | **03/14/2025** |
| CLIENT/INSURED: | |
| DATE OF LOSS/ACCIDENT: | |
| POLICY NUMBER/CLAIM NUMBER: | |
| ORDERED BY: | **Slovak Baron Empey Murphy & Pinkney LLP<br>Joseph Seiver<br>760-322-2275** |
| FILE NUMBER: | **Yaqub/Kanaan** |
| RECORDS FROM: | **Custodian of Records Pinnacle Bank<br>18181 Butterfield Blvd., Ste. 135<br>Morgan Hill, CA 95037** |
| DELIVER: | **Slovak Baron Empey Murphy & Pinkney LLP<br>74774 Highway 111<br>Indian Wells, CA 92210** |

**(877) 353-8281 | records@boscolegal.org | www.BoscoLegal.org | www.MagnaLS.com**

12768375

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

NAHIB "NICK" KANAAN
*Plaintiff*
v.
NIZAR YAQUB, et al.
*Defendant*

Civil Action No. 5:21-cv-09591

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: CUSTODIAN OF RECORDS, PINNACLE BANK.
18181 Butterfiled Blvd., Ste. 135, Morgan Hill, CA 95037

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment to Subpoena appended hereto and incorporated by this reference.

| Place: Bosco Legal Services, Inc.<br>4651 Brookhollow Circle • Suite C<br>Riverside, CA 92509 | Date and Time:<br>03/13/2025 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/13/2025

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR

Charles L. Gallagher

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Nizar Yaqub, and The Inn at Del Monte Beach, LLC, who issues or requests this subpoena, are:

Charles L. Gallagher, SBEMP, LLP, 74774 Hwy 111, Indian Wells, CA gallagher@sbemp.com (760) 322-2275

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## ATTACHMENT TO SUBPOENA

I. RECORDS TO BE PRODUCED BY PINNACLE BANK

A. The following records shall be produced from January 1, 2015, to December 31, 2024.

1. All documents pertaining to all open or closed checking, savings, NOW, Time, or other deposit or checking accounts in the name of, or under signature authority of, any of the named parties, including but not limited to signature cards, bank statements, canceled checks, deposit tickets, items deposited, credit and debit memos, Form 1099, 1089, or back-up withholding documents.

2. All documents pertaining to open or closed bank loans or mortgage documents, reflecting loans made to or co-signed by any of the named parties, including but not limited to: loan applications, loan ledger sheets, documents reflecting the means by which loan repayments were made, documents reflecting disbursement of the loan proceeds, loan correspondence files, collateral agreements and documents, credit reports, financial statements, notes or other instruments reflecting the obligation to pay, real estate mortgages, chattel mortgages or other security instruments for loans, loan amortization statements, Forms 1099, 1089 or back-up withholding documents.

3. All documents pertaining to Certificates of Deposit (CDS) purchased or redeemed by and of the named parties, including but not limited to: copies of the certificates, documents reflecting the means by which CDS were purchased, documents reflecting disbursement of the proceeds of any negotiated CDS, records reflecting interest earned, withdrawn or reinvested, records reflecting roll-overs, Forms 1099, 1089 or back-up withholding documents.

4. All documents pertaining to open or closed investment or security custodian accounts, IRA, Keogh, or other retirement plans int he name of or for the benefit of any of the named parties, including but not limited to: documents reflecting the means by which the securities were purchased, documents reflecting disbursement of the proceeds of any negotiated securities, confirmation slips, monthly statements, payment receipts, safekeeping records and logs, receipts for receipt or delivery of securities, Forms 1099, 1089 or back-up withholding documents.

5. All documents pertaining to all Cashier's, Manager's, or Bank Checks, Traveler's Checks, and Money Orders purchased or negotiated by any of the named parties, including but not limited to: Documents reflecting the means by which the checks or money orders were purchased, documents reflecting disbursements of the proceeds of any negotiated checks or money orders, applications for purchase of checks or money orders, retained copies of negotiated checks or money orders.

6. All documents pertaining to wire transfers sent or received by any of the named parties, including but not limited to: Fed Wire, SHIPS, SWIFT, or other money transfer of message documents, Documents reflecting the source of the funds wired out, documents reflecting the ultimate disposition within the bank of the funds wired in, notes, memoranda, or other writings pertaining to the sending or receipt of wire transfers.

II. ACCOUNTS, PERSONS, AND ENTITIES SUBJECT TO THIS SUBPOENA

A. Each of the categories of records identified in Section I above shall be produced for each of the below identified persons and identified entities of whatever form or kind.

1. Nizar Yaqub SS# ending in x8010.

2. Linda Seeley, SS# ending in x9766

3. Inn at Del Monte Beach LLC, EIN [redacted]

4. Medical Equities, LLC, EIN [redacted]

5. Meridian Medical Services, EIN [redacted]

6. Family Health Resources Medical Group, a Medical Corporation, EIN 77-[redacted]

Civil Action No. 5:21-cv-09591

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Custodian of Records Pinnacle Bank on *(date)* Feb 13, 2025.

[X] I served the subpoena by delivering a copy to the named individual as follows: Debbie Molina on *(date)* Wed, Feb 19 2025 at 11:40 am; or

[ ] I returned the subpoena unexecuted because: ____________________.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ 15.00.

My fees are $ ____________________ for travel and $ ____________________ for services, for a total of $ ____________________.

I declare under penalty of perjury that this information is true.

Date: 02/24/2025

____________________
*Server's signature*

Shahrdad Hakami, Contra Costa County #1655
*Printed name and title*

4651 Brookhollow Cir Suite C, Riverside, CA 92509
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 19, 2025, 11:40 am PST at Company: 18181 Butterfield Blvd., Ste. 135, Morgan Hill, CA 95037 received by Custodian of Records Pinnacle Bank.
Debbie Molina

Docusign Envelope ID: D11B0B53-EC0F-48F2-ADAF-142AA3DE51CC

| | |
|---|---|
| *Attorney* *Telephone No:* (760) 322-2275<br><br>Charles, L. Gallagher, Esq. Bar Number: 167093<br>Slovak Baron Empey Murphy & Pinkney LLP<br>74774 Hwy, 111<br>Indian Wells, CA. 92262<br>*Attorney for:* Nizar Yaqub and The Inn at Del Monte Beach, LLC | *For Court Use Only* |
| *Insert name of Court and Judicial District and Branch Court:*<br>United States District Court for the Northern District of California | |
| *Plaintiff:* Nahib "Nick" Kanaan<br>*Defendant:* Nizar Yaqub, et al. | |
| **DECLARATION OF CUSTODIAN OF RECORDS** | *Case Number:*<br>5:21-cv-09591 |

**The Custodian of Records, or other qualified witness, for:**
Custodian of Records Pinnacle Bank

**Declares as shown below in response to the Deposition Subpoena for Business Records scheduled as follows:**

To: Bosco Legal Services, (951) 353-8281, FAX: (951) 353-8286 , On: 03/13/2025 , At: 10:00 AM
Location: 4651 Brookhollow Cir., Ste. C, Riverside, CA 92509

1. [X] CERTIFICATION OF RECORDS *(Custodian's Initials* DS mg *)*
   - a. I am a duly authorized Custodian of Records, or other qualified witness, for the above-named business. As such I have the authority to certify these records.
   - b. The photocopied records submitted herewith are true copies of all the records described in the Subpoena Duces Tecum, Deposition Subpoena, or Authorization for Records.
   - c. To the best of my knowledge, all such records were prepared or compiled by the personnel of the above-named business in the ordinary course of business, at or near the time of the acts, conditions, or events recorded.
   - d. No documents have been withheld in order to avoid their being photocopied. If we have only part of the records described in the Subpoena Duces Tecum, Deposition Subpoena, or Authorization for Records, such records as are available are provided.
2. [ ] CERTIFICATION OF NO RECORDS *(Custodian's Initials: ________ )*

   Reason for NO RECORDS ________
   - a. A thorough search has been made for the documents described in the Subpoena Duces Tecum, Deposition Subpoena, or Authorization for Records and, based on the information provided to me for identification, no such records were found.
   - b. It is understood that such records could exist under another spelling, name or classification, but with the information furnished to our office, and to the best of our knowledge, no such records exist in our files.
3. [ ] CERTIFICATION OF X-RAY(S), MRI(S), OR CAT SCANS *(Custodian's initials: ________ )*
4. [ ] CERTIFICATION OF NO X-RAY(S), MRI(S), OR CAT SCANS *(Custodian's initials: ________ )*

   Reason for NO X-RAYS, MRI(S), or CAT Scans ________
5. [ ] CERTIFICATION OF BILLING RECORDS *(Custodian's initials: ________ )*
6. [ ] CERTIFICATION OF NO BILLING RECORDS *(Custodian's initials: ________ )*

   Reason for NO BILLING RECORDS ________

I declare under penalty of perjury that the foregoing is true and correct, and this declaration was

executed on (date): March 13, 2025 at (place) Pinnacle Bank, Morgan Hill CA

Print Name Missy Giannosa Signature DocuSigned by: Missy Giannosa

## AFFIDAVIT OF PROFESSIONAL PHOTOCOPIER

**Pursuant to Section 22462 of Business and Professions Code**

I declare that I am the attorney's representative and that the attached records are complete and true copy of the records delivered to me by the Custodian of Records of the within named location and will be distributed to the authorized persons or entities. The method of Reproduction was: Copied Originals.

Date 3/14/25 Signature [signature]