# EXHIBIT 16

Form **1120**
Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

**For calendar year 2015 or tax year beginning ________ ending ________**
▶ **Information about Form 1120 and its separate instructions is at *www.irs.gov/form1120.***

OMB No. 1545-0123

**2015**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name **The INN at Del Monte Beach, LLC**
**Hotel 1110**
Number, street, and room or suite no. If a P.O. box, see instructions.
**1110 Del Monte Ave**
City or town, state, or province, country, and ZIP or foreign postal code
**Monterey, CA 93940**

**B Employer identification number** [redacted]
**C** Date incorporated **01/01/2010**
**D** Total assets (see instructions) $ **1,854,848.**

**E** Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change

| Section | Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 894,615. | | |
| | b | Returns and allowances | 1b | 72,730. | | |
| | c | Balance. Subtract line 1b from line 1a | | | 1c | 821,885. |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 821,885. |
| | 4 | Dividends (Schedule C, line 19) | | | 4 | |
| | 5 | Interest | | | 5 | |
| | 6 | Gross rents | | | 6 | |
| | 7 | Gross royalties | | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | |
| | 10 | Other income (see instructions-attach statement) | | | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 ▶ | | | 11 | 821,885. |
| Deductions (See instructions for limitations on deductions.) | 12 | Compensation of officers (see instructions—attach Form 1125-E) ▶ | | | 12 | |
| | 13 | Salaries and wages (less employment credits) | | | 13 | 24,029. |
| | 14 | Repairs and maintenance | | | 14 | 37,474. |
| | 15 | Bad debts | | | 15 | |
| | 16 | Rents | | | 16 | 24,000. |
| | 17 | Taxes and licenses | | | 17 | 63,818. |
| | 18 | Interest | | | 18 | 104,845. |
| | 19 | Charitable contributions | | | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 20 | 42,025. |
| | 21 | Depletion | | | 21 | |
| | 22 | Advertising | | | 22 | 14,107. |
| | 23 | Pension, profit-sharing, etc., plans | | | 23 | |
| | 24 | Employee benefit programs | | | 24 | |
| | 25 | Domestic production activities deduction (attach Form 8903) | | | 25 | |
| | 26 | Other deductions (attach statement) | | | 26 | 503,118. |
| | 27 | **Total deductions.** Add lines 12 through 26 ▶ | | | 27 | 813,416. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | 8,469. |
| | 29a | Net operating loss deduction (see instructions) | 29a | | | |
| | b | Special deductions (Schedule C, line 20) | 29b | | | |
| | c | Add lines 29a and 29b | | | 29c | |
| Tax, Refundable Credits, and Payments | 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | | | 30 | 8,469. |
| | 31 | Total tax (Schedule J, Part I, line 11) | | | 31 | 1,270. |
| | 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | | | 32 | |
| | 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☒ | | | 33 | 8. |
| | 34 | **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed | | | 34 | 1,278. |
| | 35 | **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | | | 35 | |
| | 36 | Enter amount from line 35 you want: **Credited to 2016 estimated tax** ▶ | **Refunded** ▶ | | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer ______ Date ______ ▶ Title ______

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | | | | |

Firm's name ▶ | Firm's EIN ▶
Firm's address ▶ | Phone no.

**For Paperwork Reduction Act Notice, see separate instructions.** Form **1120** (2015)
UYA

Form **1125-E**
(Rev. December 2013)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

► **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
► **Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.***

OMB No. 1545-2225

| Name | Employer identification number |
|---|---|
| The INN at Del Monte Beach, LLC | [redacted] |

**Note.** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| **(a)** Name of officer | **(b)** Social security number (see instructions) | **(c)** Percent of time devoted to business | Percent of stock owned **(d)** Common | Percent of stock owned **(e)** Preferred | **(f)** Amount of compensation |
|---|---|---|---|---|---|
| 1 Nizar Yaqub | 8010 | 10.00 % | 92.00 % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . . | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |



Gordon Decl. Ex. 16-2 (Pinnacle prod. p. 71)

Form **1120**
Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

**For calendar year 2016 or tax year beginning ______________ ending ______________**
▶ **Information about Form 1120 and its separate instructions is at *www.irs.gov/form1120*.**

OMB No. 1545-0123

**2016**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name **The INN at Del Monte Beach, LLC**
**Hotel 1110**
Number, street, and room or suite no. If a P.O. box, see instructions.
**1110 Del Monte Ave**
City or town, state, or province, country, and ZIP or foreign postal code
**Monterey, CA 93940**

**B Employer identification number** [redacted]
**C** Date incorporated **01/01/2010**
**D** Total assets (see instructions) $ **1,809,807.**

**E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

**Income**

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 1,073,860. | | |
| b | Returns and allowances | 1b | 58,871. | | |
| c | Balance. Subtract line 1b from line 1a | | | 1c | 1,014,989. |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 1,014,989. |
| 4 | Dividends (Schedule C, line 19) | | | 4 | |
| 5 | Interest | | | 5 | |
| 6 | Gross rents | | | 6 | 30,000. |
| 7 | Gross royalties | | | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | |
| 10 | Other income (see instructions-attach statement) | | | 10 | |
| 11 | **Total income.** Add lines 3 through 10 ▶ | | | 11 | 1,044,989. |

**Deductions (See instructions for limitations on deductions.)**

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) ▶ | | | 12 | |
| 13 | Salaries and wages (less employment credits) | | | 13 | 24,111. |
| 14 | Repairs and maintenance | | | 14 | 53,209. |
| 15 | Bad debts | | | 15 | |
| 16 | Rents | | | 16 | 25,000. |
| 17 | Taxes and licenses | | | 17 | 85,686. |
| 18 | Interest | | | 18 | 94,378. |
| 19 | Charitable contributions | | | 19 | 2,111. |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 20 | 42,477. |
| 21 | Depletion | | | 21 | |
| 22 | Advertising | | | 22 | 7,823. |
| 23 | Pension, profit-sharing, etc., plans | | | 23 | |
| 24 | Employee benefit programs | | | 24 | |
| 25 | Domestic production activities deduction (attach Form 8903) | | | 25 | |
| 26 | Other deductions (attach statement) | | | 26 | 691,194. |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | | | 27 | 1,025,989. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | 19,000. |
| 29a | Net operating loss deduction (see instructions) | 29a | | | |
| b | Special deductions (Schedule C, line 20) | 29b | | | |
| c | Add lines 29a and 29b | | | 29c | |

**Tax, Refundable Credits, and Payments**

| Line | Description | Line | Amount |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | 19,000. |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 2,850. |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | 32 | |
| 33 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☒ | 33 | 35. |
| 34 | **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed | 34 | 2,885. |
| 35 | **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 | Enter amount from line 35 you want: **Credited to 2017 estimated tax** ▶ **Refunded** ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ ______________________ Signature of officer ______ Date ▶ ______ Title

May the IRS discuss this return with the preparer shown below? See instructions. ☐ **Yes** ☐ **No**

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | | | | |

Firm's name ▶    Firm's EIN ▶
Firm's address ▶    Phone no.



Gordon Decl. Ex. 16-3 (Pinnacle prod. p. 80)

**SCHEDULE G (Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.
▶ See instructions.

OMB No.1545-0123

Name: The INN at Del Monte Beach, LLC

Employer identification number (EIN): [redacted]

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| Nizar Yaqub | [redacted] | United States | 92.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



Gordon Decl. Ex. 16-4 (Pinnacle prod. p. 85)

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

► **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
► **Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.**

OMB No. 1545-0123

Name: The INN at Del Monte Beach, LLC

**Employer identification number** [redacted]

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| | **(a)** Name of officer | **(b)** Social security number (see instructions) | **(c)** Percent of time devoted to business | Percent of stock owned **(d)** Common | **(e)** Preferred | **(f)** Amount of compensation |
|---|---|---|---|---|---|---|
| 1 | Nizar Yaqub | 8010 | 10.00 % | 92.00 % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers | 2 | |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | |



Gordon Decl. Ex. 16-5 (Pinnacle prod. p. 86)

Form **1120** Department of the Treasury Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2017 or tax year beginning ______________ ending ______________

▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2017**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

Name **The INN at Del Monte Beach, LLC**
**Hotel 1110**

Number, street, and room or suite no. If a P.O. box, see instructions.
**1110 Del Monte Ave**

City or town, state, or province, country, and ZIP or foreign postal code
**Monterey, CA 93940**

**B** Employer identification number [redacted]

**C** Date incorporated **01/01/2010**

**D** Total assets (see instructions) $ **1,355,186.**

**E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| Section | Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 1,078,175. | | |
| | b | Returns and allowances | 1b | 36,208. | | |
| | c | Balance. Subtract line 1b from line 1a | | | 1c | 1,041,967. |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 1,041,967. |
| | 4 | Dividends (Schedule C, line 19) | | | 4 | |
| | 5 | Interest | | | 5 | |
| | 6 | Gross rents | | | 6 | 37,400. |
| | 7 | Gross royalties | | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | |
| | 10 | Other income (see instructions-attach statement) | | | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 ▶ | | | 11 | 1,079,367. |
| Deductions (See instructions for limitations on deductions.) | 12 | Compensation of officers (see instructions—attach Form 1125-E) ▶ | | | 12 | |
| | 13 | Salaries and wages (less employment credits) | | | 13 | 51,218. |
| | 14 | Repairs and maintenance | | | 14 | 88,036. |
| | 15 | Bad debts | | | 15 | |
| | 16 | Rents | | | 16 | 25,000. |
| | 17 | Taxes and licenses | | | 17 | 73,782. |
| | 18 | Interest | | | 18 | 100,260. |
| | 19 | Charitable contributions | | | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 20 | 39,657. |
| | 21 | Depletion | | | 21 | |
| | 22 | Advertising | | | 22 | 15,472. |
| | 23 | Pension, profit-sharing, etc., plans | | | 23 | |
| | 24 | Employee benefit programs | | | 24 | |
| | 25 | Domestic production activities deduction (attach Form 8903) | | | 25 | |
| | 26 | Other deductions (attach statement) | | | 26 | 802,964. |
| | 27 | **Total deductions.** Add lines 12 through 26 ▶ | | | 27 | 1,196,389. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | -117,022. |
| | 29a | Net operating loss deduction (see instructions) | 29a | | | |
| | b | Special deductions (Schedule C, line 20) | 29b | | | |
| | c | Add lines 29a and 29b | | | 29c | |
| Tax, Refundable Credits, and Payments | 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | | | 30 | -117,022. |
| | 31 | Total tax (Schedule J, Part I, line 11) | | | 31 | |
| | 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | | | 32 | |
| | 33 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | | | 33 | |
| | 34 | **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed | | | 34 | |
| | 35 | **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | | | 35 | |
| | 36 | Enter amount from line 35 you want: **Credited to 2018 estimated tax** ▶ | **Refunded** ▶ | | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer   Date   ▶ Title

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |



Gordon Decl. Ex. 16-6 (Pinnacle prod. p. 96)

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

► **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
► **Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.***

OMB No. 1545-0123

Name
The INN at Del Monte Beach, LLC

**Employer identification number**
[redacted]

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| | **(a)** Name of officer | **(b)** Social security number (see instructions) | **(c)** Percent of time devoted to business | Percent of stock owned **(d)** Common | Percent of stock owned **(e)** Preferred | **(f)** Amount of compensation |
|---|---|---|---|---|---|---|
| 1 | Nizar Yaqub | 8010 | 10.00 % | 92.00 % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . . | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |

**For Paperwork Reduction Act Notice, see separate instructions.**
UYA

Form **1125-E** (Rev. 10-2016)

Gordon Decl. Ex. 16-7 (Pinnacle prod. p. 101)

Form **1120** Department of the Treasury Internal Revenue Service

# U.S. Corporation Income Tax Return

**For calendar year 2018 or tax year beginning ________ ending ________**

▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2018**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name The INN at Del Monte Beach, LLC
Hotel 1110
Number, street, and room or suite no. If a P.O. box, see instructions.
1110 Del Monte Ave
City or town, state or province, country, and ZIP or foreign postal code
Monterey, CA 93940

**B Employer identification number** [redacted]

**C** Date incorporated 01/01/2010

**D** Total assets (see instructions) $ 1,619,989.

**E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| Section | Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 875,601. | | |
| | b | Returns and allowances | 1b | 29,672. | | |
| | c | Balance. Subtract line 1b from line 1a | | | 1c | 845,929. |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 845,929. |
| | 4 | Dividends and inclusions (Schedule C, line 23, column (a)) | | | 4 | |
| | 5 | Interest | | | 5 | |
| | 6 | Gross rents | | | 6 | |
| | 7 | Gross royalties | | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | |
| | 10 | Other income (see instructions-attach statement) | | | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 ▶ | | | 11 | 845,929. |
| Deductions (See instructions for limitations on deductions.) | 12 | Compensation of officers (see instructions—attach Form 1125-E) ▶ | | | 12 | |
| | 13 | Salaries and wages (less employment credits) | | | 13 | 165,446. |
| | 14 | Repairs and maintenance | | | 14 | 31,269. |
| | 15 | Bad debts | | | 15 | |
| | 16 | Rents | | | 16 | |
| | 17 | Taxes and licenses | | | 17 | 83,358. |
| | 18 | Interest (see instructions) | | | 18 | 97,746. |
| | 19 | Charitable contributions | | | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 20 | 38,597. |
| | 21 | Depletion | | | 21 | |
| | 22 | Advertising | | | 22 | 6,239. |
| | 23 | Pension, profit-sharing, etc., plans | | | 23 | |
| | 24 | Employee benefit programs | | | 24 | |
| | 25 | Reserved for future use | | | 25 | |
| | 26 | Other deductions (attach statement) | | | 26 | 382,202. |
| | 27 | **Total deductions.** Add lines 12 through 26 ▶ | | | 27 | 804,857. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | 41,072. |
| | 29a | Net operating loss deduction (see instructions) | 29a | 41,072. | | |
| | b | Special deductions (Schedule C, line 24, column (c)) | 29b | | | |
| | c | Add lines 29a and 29b | | | 29c | 41,072. |
| Tax, Refundable Credits, and Payments | 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | | | 30 | |
| | 31 | Total tax (Schedule J, Part I, line 11) | | | 31 | |
| | 32 | 2018 net 965 tax liability paid (Schedule J, Part II, line 12) | | | 32 | |
| | 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | | | 33 | |
| | 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | | | 34 | |
| | 35 | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | | | 35 | |
| | 36 | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | | | 36 | |
| | 37 | Enter amount from line 36 you want: **Credited to 2019 estimated tax** ▶ | **Refunded** ▶ | | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer ________ Date ________ ▶ Title ________

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | | | | |

Firm's name ▶ | Firm's EIN ▶
Firm's address ▶ | Phone no.



Gordon Decl. Ex. 16-8 (Pinnacle prod. p. 106)

Form **1125-E** (Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

► Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
► Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name: The INN at Del Monte Beach, LLC

Employer identification number: [redacted]

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| | (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned (d) Common | Percent of stock owned (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| 1 | Nizar Yaqub | [redacted] | 10.00 % | 92.00 % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |

**For Paperwork Reduction Act Notice, see separate instructions.**
UYA



Gordon Decl. Ex. 16-9 (Pinnacle prod. p. 112)

Form **1120** Department of the Treasury Internal Revenue Service

# U.S. Corporation Income Tax Return

**For calendar year 2019 or tax year beginning ____________ ending ____________**

▶ **Go to *www.irs.gov/Form1120* for instructions and the latest information.**

OMB No. 1545-0123

**2019**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name: The INN at Del Monte Beach, LLC
Hotel 1110

Number, street, and room or suite no. If a P.O. box, see instructions.
1110 Del Monte Ave

City or town, state or province, country, and ZIP or foreign postal code
Monterey, CA 93940

**B** Employer identification number: [redacted]

**C** Date incorporated: 01/01/2010

**D** Total assets (see instructions): $ 1,750,658.

**E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| Section | Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 975,166. | | |
| | b | Returns and allowances | 1b | 21,649. | | |
| | c | Balance. Subtract line 1b from line 1a | | | 1c | 953,517. |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 953,517. |
| | 4 | Dividends and inclusions (Schedule C, line 23) | | | 4 | |
| | 5 | Interest | | | 5 | |
| | 6 | Gross rents | | | 6 | |
| | 7 | Gross royalties | | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | |
| | 10 | Other income (see instructions—attach statement) | | | 10 | 30,552. |
| | 11 | **Total income.** Add lines 3 through 10 ▶ | | | 11 | 984,069. |
| Deductions (See instructions for limitations on deductions.) | 12 | Compensation of officers (see instructions—attach Form 1125-E) ▶ | | | 12 | 84,000. |
| | 13 | Salaries and wages (less employment credits) | | | 13 | 246,710. |
| | 14 | Repairs and maintenance | | | 14 | 21,095. |
| | 15 | Bad debts | | | 15 | |
| | 16 | Rents | | | 16 | |
| | 17 | Taxes and licenses | | | 17 | 102,459. |
| | 18 | Interest (see instructions) | | | 18 | 95,054. |
| | 19 | Charitable contributions | | | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 20 | 40,867. |
| | 21 | Depletion | | | 21 | |
| | 22 | Advertising | | | 22 | 5,782. |
| | 23 | Pension, profit-sharing, etc., plans | | | 23 | |
| | 24 | Employee benefit programs | | | 24 | |
| | 25 | Reserved for future use | | | 25 | |
| | 26 | Other deductions (attach statement) | | | 26 | 332,650. |
| | 27 | **Total deductions.** Add lines 12 through 26 ▶ | | | 27 | 928,617. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | 55,452. |
| | 29a | Net operating loss deduction (see instructions) | 29a | 55,452. | | |
| | b | Special deductions (Schedule C, line 24) | 29b | | | |
| | c | Add lines 29a and 29b | | | 29c | 55,452. |
| Tax, Refundable Credits, and Payments | 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | | | 30 | |
| | 31 | Total tax (Schedule J, Part I, line 11) | | | 31 | |
| | 32 | 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | | | 32 | |
| | 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | | | 33 | |
| | 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | | | 34 | |
| | 35 | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | | | 35 | |
| | 36 | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | | | 36 | |
| | 37 | Enter amount from line 36 you want: **Credited to 2020 estimated tax** ▶ **Refunded** ▶ | | | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ____ Date ____ Title ____

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | | | | |

Firm's name ▶ | Firm's EIN ▶
Firm's address ▶ | Phone no.



Gordon Decl. Ex. 16-10 (Pinnacle prod. p. 127)

**SCHEDULE G (Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ **Attach to Form 1120.**
▶ **See instructions.**

OMB No.1545-0123

Name: The INN at Del Monte Beach, LLC

**Employer identification number (EIN)** [redacted]

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| Nizar Yaqub | [redacted] | [redacted]nited States | 100.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form **1125-E** (Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

► **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
► **Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.**

OMB No. 1545-0123

Name: The INN at Del Monte Beach, LLC

**Employer identification number** [redacted]

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| | (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned (d) Common | Percent of stock owned (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| 1 | Nizar a Yaqub | 8010 | 75.00 % | 100.0 % | % | 84,000. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers | 2 | 84,000. |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | 84,000. |

**For Paperwork Reduction Act Notice, see separate instructions.**
UYA



Gordon Decl. Ex. 16-12 (Pinnacle prod. p. 134)