Steven A. Heath (SBN 250867)
saheath@heathsteinbeck.com
HEATH STEINBECK, LLP
407 N. Maple Drive, Ground Floor
Beverly Hills, California 90210
Telephone: (213) 335-6245

Jennifer L. Gordon (admitted *pro hac vice*)
jgordon@woodphillips.com
WOOD, PHILLIPS, KATZ, CLARK & MORTIMER
500 West Madison Street, Suite 1130
Chicago, Illinois 60661-2562
Telephone: (312) 876-1800

Attorneys for Plaintiff and Counter-Defendant
NABIH "NICK" KANAAN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NABIH "NICK" KANAAN,<br><br>Plaintiff,<br><br>v.<br><br>NIZAR YAQUB, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 5:21-cv-09591-PCP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: Thursday, December 17, 2026<br>Time: 10:00 a.m.<br>Ctrm: 8, 4th Floor<br>Judge: Hon. P. Casey Pitts |

Plaintiff and Counter-Defendant Nabih "Nick" Kanaan's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment came on for hearing before this Court. Having considered the papers filed in support of and in opposition to the motion, the evidence, the record in this action, and the arguments of counsel, and good cause appearing, the Court ORDERS as follows:

1. The motion is GRANTED as to Count V of the First Amended Complaint and as to Defendant Nizar Yaqub's Counterclaim for Declaratory Relief (Dkt. No. 55). The Court DECLARES that: (a) Plaintiff Nabih "Nick" Kanaan holds a thirty percent (30%) Membership Interest in The Inn at Del Monte Beach, LLC under its Operating Agreement dated November 1, 2007; (b) Kanaan's Membership Interest has not been reduced, redeemed, or otherwise diminished; and (c) the "Minutes to

Memorialize Prior Action Taken" dated November 15, 2018 and the "First Amended Operating Agreement" signed by Defendant on December 1, 2018 are void and of no force or effect as to Kanaan's Membership Interest.

2. Pursuant to 28 U.S.C. § 2202, Defendant, as Manager of The Inn at Del Monte Beach, LLC, shall conform the LLC's records of its Members and their Membership Interests to this declaration and shall not act on the instruments declared void in paragraph 1(c). The terms of this relief shall be incorporated in the final judgment.

3. The motion is GRANTED as to liability on Count II (Breach of Contract). The amount of damages shall be determined at trial.

4. Because Count III is pleaded in the alternative to Count II, the Court does not reach it.

5. The motion is GRANTED as to Defendant's Seventh (estoppel), Eighth (statute of limitations), and Ninth (laches) Affirmative Defenses to the extent asserted against Counts II, III, and V.

**IT IS SO ORDERED.**

Dated: ____________________

______________________________
Hon. P. Casey Pitts
United States District Judge